### DISTRICT OF COLUMBIA DISTRICT COURT

| | |
|---|---|
| Helga SUAREZ CLARK | ) Pro se civil action |
| Plaintiff | ) Complaint for terrorism(tentatives of |
| v. | ) extrajudicial killings,torture,personal |
| | )injuries, hostage taking, robbery of |
| Peru Republic and others | )property in violation of international |
| | ) law,war crimes,pillaging, deprivation |
| | ) of rights under color of law etc |
| Defendants | )28 U.S.C. § 1605A;TVPA;etc |

## OFFER TO ARBITRATE

1. ***Offer to Arbitrate***: Pursuant to the provisions of 28 United States
Code § 1605A(a)(2)(A)(iii), Plaintiff Helga Suarez Clark, hereby offers to submit
the claims asserted in the above-captioned matter to arbitration in accordance
with accepted international rules of arbitration. Plaintiff propose to negotiate
the scope, terms, and place of arbitration with Defendants the Peru Republic et
al, and invites Defendant to contact her at the earliest possible date (but in any
event no later than the date on which Defendant would otherwise be required
to file an answer or response to the above-captioned matter) to discuss such
matters and conclude a binding agreement to arbitrate.

2. ***Potential Place and Rules of Arbitration***: Plaintiff is amenable to conducting the arbitration in The Hague, Netherlands, pursuant to Permanent Court of Arbitration's Arbitration Rules of 2012 ("PCA Arbitration Rules 2012"),subject to such modifications as Parties may agree in writing (including modifications necessary to provide for public access to such proceedings), or pursuant to other mutually accepted international rules of arbitration.

3. ***Potential Supplemental Claims or Claimants:*** Provided Defendant is amenable, Plaintiff further proposes to supplement any arbitration proceeding by including international legal claims asserted by Plaintiff arising from events related to those alleged in the above-captioned litigation.

4. ***Severability and Non-Conditionality***: For avoidance of doubt, Plaintiff proposals to conduct the arbitration in The Hague, Netherlands, pursuant to the PCA Arbitration Rules 2012 and to supplement any arbitration proceeding with additional claims and claimants are separate and distinct from the offer to arbitrate the claims brought in the above-captioned litigation. Therefore, Defendant's acceptance of these additional proposals is in no way a condition of Plaintiffs' offer to arbitrate the claims brought in the above-captioned litigation

Helga S.Clark,tel.01151992658883

21 F psje rosales,Urb.Mariscal Gamarra,

Cusco08002PERU,suarezhelga@yahoo.com            Cusco,oct.28 2019

**UNITED STATES DISTRICT COURT FOR DISTRICT OF COLUMBIA**

| | |
|---|---|
| Helga SUAREZ CLARK | ) |
| Psje los Rosales 21-F | ) |
| Urb.Mariscal Gamarra | )Complaint for terrorism 28U.S.C.par.1605A |
| Cusco 08002–PERU | ) (serious personal injuries,torture,tentative |
| Tel.01151992658883 | ) of extrajudicial killing,hostage taking, |
| suarezhelga@yahoo.com,pacer | ) provision of material support or ressource |
| *Plaintiff* ) | for such activity by,to government staff) |
| PERU REPUBLIC,especially | ) TVPA,Foreign Sovereign Immunities Act, |
| 1Carlos CASTELLON CUEVA | ) human rights treaties violations; |
| 2 Arturo QUISPE CACERES | )deprivation of civil rights under color of law; |
| 3 Rory LAZO BUSTAMANTE | )request in forma pauperis;request court appoin- |
| 4 Emilio LIAS CUERVO | ) ted counsel;exhibits 1-224; |

5 Gamero ALVAREZ BASAURI ,6 W.CHUQUIHUAYTA QUILLAHUAMAN)

7 X,Y,Zpolice under Jhon BECERRA DIAZ,Wilder PEDROZA RUIZ, Julio Cesar TELLO YLLA,Minoho) CALLANAUPA PEREZ,Hugo MINAYA CHIRINOS,PEREZ GARCIA,ALVAREZ GARCI,Julio ARCE DE LA TORRE BUENO,Lisbeth AFAN QUISPE,Luis RAMIREZ ARCAYA,Javier Freddy ALVAREZ,other police) involved in cases in reports (exhibits 11,17,49,93)

8 Maria Del Carmen VEREAU ALVAREZ,9 Nilo PARAVICINO ALARCON 10Gisela VENERO DE MONTEAGUDO,11Walter BECERRA HUANACO,12Victor FARFAN MERCADO,Miguel A.CASTELO ANDIA,Ignacio ORTEGA MATEO,13Julio CesarALVARADO VILLENA ,14 Rodolfo HUAMAN FLORES and Etel MARQUINA RODRIGUEZ,15Felix TUPAYACHI PACHECO,16Nelly CALDERON NAVARRO,17Miguel A.CACERES CHAVEZ,18 Carlos A.PEREZ CHAVEZ,19Julio C. VILLENA ALVARADO,20Magaly ROJAS ESPINOZA,21Jose M.MAYORGA ZARATE,22Tamara T.CATACORA JARA ,23 Alberto PEREZ CARDENAS,24 Gary J.ORTIZ AGUILAR,Luis PAREDES CUSI,Nataly UGARTE MOLINA,Gladys QUISPE,Evelyne M.MAURICIO APARICIO,F.ALMANZA ALTAMIRANO,Elisabeth ORTIZ DE ORUE RODRIGUEZ LADRON DE GUEVARA,25Lucy CHAUPIS VALVERDE,26Maria T. YNONAN VILLANUEVA and Maria) SUAREZ ARIAS,judge NINO DE GUZMAN,27Jose ROCA MENDOZA, all District and national attorneys in caselaw reports (exh.11,17),judges  names in reports(exh.93)of cases to be actualized,32Rocio ZEVALLOS HUAYHUA et al.,33Gisela VARGAS CAJAHUANCA,34Doris Luz BLAS RAMIREZ,Milagros ANDERSON

35 Calixto COANQUI QUISPE,36 ALMENARA BRYSON,HUAMANI

LLAMAS,ESTRELLA        CAMA,CALDERON        CASTILLO,CALDERON
PUERTAS,Peru Supreme Civil court)

37Cesar      LANDA      ARROYO,GONZALES      OJEDA,BARDELLI
LARTIRIGOYEN,ALVA      ORLANDINI,GARCIA         TOMA,BLUME
FORTINI,LEDESMA  NUNEZ,ESPINOSA  SALDANA  BARRERA,Fernando
CALLE  HAYEN,BEAUMONT  CALLIRGOS,ETO  CRUZ,Ernesto  ALVAREZ
MIRANDA,MIRANDA  CANALES,SARDON  DE  TABOADA,CarlosMESSIA
RAMIREZ,Juan VERGARA GOTELLI,Peru constitutional tribunal)

38 All hereabove defendants are to be found served

All c/o Embajador Hugo DE ZELA MARTINEZ)

Embassy of Peru,1700Massachusetts Ave NW                    )

WashingtonDC20036-1903,tel(202)8339860,8339869            )

Digitaldiplomacy@embassyofperu.us,hdezela@rree.gob.pe)

39Jens MODVIG,Sebastien TOUZE,Carla EDELENBOS)

Dominique BUSH,Karen MOSOTI,Carmen RUEDA)

C/O UN,CAT,OHCHR,palais Wilson                 )

52,rue des Paquis,1201 Geneve Switzerland)

Tel 041 588 78 56,cat@ohchr.org                )

40Marta TAVARES,Victor MADRIGAL,Christina CERNA,Ernesto ALVAREZ)

Inter-American      Commission      on      Human      Rights)
OrganizationofAmericanStates                               )
1889 F St NW ,Washington, D.C., 20006 ,Telephone: 1 (202) 370 9000, E-
mail: cidhoea@oas.org

41 M.P.DILLON,Karen MOSOTI              )

InternationalCriminalCourt,POBOX19519)
2500CM,TheHague)

TheNetherlands,otp.informationdesk@icc-cpi.int)
+31 (0) 70 515 80 71)

   *Defendants*

-2-

## I. COMPLAINT (TRANSFERRED FROM NYSD 18:01740)

1      Helga SUAREZ CLARK, American by birth in Manhattan (60)
NY,graduated from swiss and American universities to do university doctoral
thesis at university UNSAAC,Peru,Peruvian,swiss citizen,am victim since 1993
of continuous acts of terrorist conspiration by Peru Republic especially through
its justice system,providing material and ressources to its staff paid to deny me
services and abuse me every time I interact with agents of the
government,resulting in severe personal injuries from assaults from 2008 to
present(I am since over 5 years in a wheelchair I cant move with my arms that
are injured ); in 2001 I was slandered on radio tv newspapers as a foreigner
denied right to participate in public artistic ceremony on grounds I was not
Peruvian despite I was,and expelled by police despite holding professional artistic
title;I am held as slave by discrimination(denied registration in the university
despite I had paid and there was a free entry for children of UN employees
displaced abroad ;denied for 15 years access to information in public and private
libraries and archives entities despite art.2 inc.5 cst.and art.61 codigo procesal
constitutional peruano obligation when ones family information in enclosed in
entities;refusing selectively my entry to workplaces and libraries holding
information ,so that despite I graduated from 2 universities in other countries
and came to do my thesis,in 19 years I was unable to work or study more then 1
year because of continuous severe inflicted injuries or discrimination  which has

imposibilitated my studies or work since 1993 I try to live in Peru,through special
mandates of government to its employees(see main defendants 1-38in caption)to

conspire against me instructing justice system to dismiss wrongfully all complaints as corrupt racketeer organization;I was tried twice for infamous crimes without trial then dismissing but refusing to indemnize me for slanders;in 2002 I was forced into exile by Peru because my ressources were frozen by Peru justice system depriving me of my civil rights under color of law,proven by swiss judge sentence 2006 my ressources were frozen 1988 to 2006 by Peruvian courts dismissing all complaints by undue process and unequal protection of law,extorting me,ordering commission of crimes against my life,health,body and freedom,for example in their courthouse,in violation of amendments 4,5,13,14 of US constitution,denying me hospitalization when I am totally disabled without family;lying in all government medical reports 3 times(fractures of shoulder blade 2008 ,ankle 2010),aledging I had no fractures;depriving me of relief benefits and rights under color of law,denying me disability pension despite disability is consequence of government assaults torture;keeping me arbitrarily detained 1993-2001 by refusing Peruvian passport;another year in 2012-3 by closing access to exit for my wheelchair with consent and refusal to intervene by government; again from 2014-2015 2yrs arbitrarily detained;feb 28 2008 I was victim of a tentative of extrajudicial killing in Peru courthouse by its own security guards in official capacity on order of judges,crime covered up by dismissed complaints up to supreme court ; feb 18 2014 I was seized taken hostage illegally then confined 2 years incomunicada in a political prison(which tolls statutes of limitation for 2 years to make my claims),despite I was diagnosed as non mentally disabled I was locked in Lima gov.hospital closed pavillion Victor

Larco Herrera where I was mentally tortured,under order and trial of government employees and judges, threatening me to either leave the country or stay perpetually detained,in sentences discriminating me as a foreigner despite I have Peruvian citizenship (see"swiss ",exh.38)unless I accepted deportation to NY,by means of requests in several court trials to ask my freedom to my brother Humbert Suarez Clark,American in Ny,from detention by Peru judge as condition for me to regain freedom,then accept extradition in violation of Peru art.37 Cst.(no right to deport a Peruvian citizen without executive order)making me pay $10000 to my brother for judicial procedure and roundtrips to audiences usa-peru,then Peru judge ordered my property $6000 be trashed and I leave the country without due process(false statements,enticement,assault,civil disorder, medical malpractice,concealment from arrest,obstruction of justice,mutilation_woman in childbearing age detained 2 yrs arbitrarily_,false statement in court,concealment from arrest,violation of almost all human rights of American convention on human rights;so that all investments in Peru are lost for me;I exhausted all remedies domestically and internationally:over 30 criminal complaints(exh 11,17),100judicial cases (exh 92),over 30 procedures to supreme court dismissed wrongfully(exh49)or www.tc.gob.pe,clik on "consulta de causes ",type in "name" Helga suarez ,appear the parties,and final sentence as openable pdf file showing dismissals;American Declaration on rights and duties of Man,american Convention on Human Rights(ACHR),Rome Statute of International criminal court,UN covenant on Civil and Political rights, Foreign Sovereign Immunities Act28 U.S.C.s.s.1602 seq. esp.1605A and s.1330,1331 (no

immunity for such offenses );TVPA;severe injuries like bone fractures,tendon and labral tears causing 10 years of intense constant pain and disability,equivalent to torture;assault and reopening all my scars by a Peruvian;covered up torture by foreign police and gov. official 2018,putting me again in wheelchair,all complaints denied.

## II.NATURE OF SUIT

2    Terrorism exception to immunity, Foreign Sovereign Immunities Act, 28 U.S.C. § 1605A (hereinafter "FSIA") for wrongful tentative of extrajudicial killing, torture,extreme mental anguish,suffering,personal injury,hostage taking,economic loss and taking of property in violation of international law and related torts, deprivation of rights under color of law,denial of due process and equal protection of the law;

3    TVPA (Torture victim protection act),tort(440 civil rights abuses,360 other personal injury),arbitrary detention,reckless endangerment,deprivation of rights under color of law,slander, Antiterrorism and effective death penalty act, conspiracy against the United States,slavery,kidnapping,false statement,stolen property and sabotage,treason,concealment from arrest,obstruction of justice,genocide, attempt to murder,mutilation,serious body injury,cruel inhuman and degrading treatment,false statement in court,fraud,,racketeer and corrupt organisations,concealment from arrest;deprivation of rights under color of law;violation of almost all human rights of American convention on human



rights;crimes against humanity,aggression by Republic of Peru against me ,
national of the United states;I also have individual defendants peruvians natural
persons or  government employees,and foreign and american employees of
international human rights organizations with representation or residence in the
United states,who obstructed investigations of the facts depriving me of my
rights under of law .

4.    Peru Republic is not yet classified as a terrorist state in the

US department of state,but i am claiming it should by discovery of facts in this
claim,since the department of state wont put it on list of terrorist states(see
hereunder in parr.55 seq.,section IX.EQUITABLE TOLLING),and FBI covers up
all investigation denying my personal,in written,email,tel complaints since
2008(exh.225,226)to lift its immunity for these wrongful acts and omisions: its
government commits continuous crimes against my constitutional rights of
amendments 3,4,13,14 in particular against my life,liberty,and property and
right to due process,equitable protection of the laws,has tortured me so that it
should be classified as a terrorist state .It must be decided i will no longer depend
on this government ,in particular,i will ask judge in NYC resolution of disputes
until i terminate my PhD work and other relevant study,and will enjoy right of
Access to information of archives indefinitely without further conditions,have
security of my choice at expense of Peru government,and indemnization .

-7-

### III. <u>CAUSE OF ACTION:damages under t.28 U.S.C.s.1605A (c);TVPA;etc</u>

    5.  Torture Victim Protection Act can be applied since I am subjected,by Peruvian citizens,in general agents of Peru government,  continuously to acts of torture, tentative of extrajudicial killing ,terrorism,treason,reckless endangerment, arbitrary detention, personal injury, slander,arbitrary unindemnized trials for infamous crimes without undue process, deprivation of civil rights under color of law  ; Torture  for application of tvpa against defendants must include severe mental pain or suffering, means the prolonged mental harm caused by or resulting from procedures calculated to disrupt profoundly the senses or the personality;in casu,crimes by archives and justice.denying me right to work and study and information for 15 years is a prolonged mental harm that disrupts personality since as a historian,student,and individual my rights to work,study and get personal or family information ,those are fundamental rights ;same with 2002-4 deportation to the US,at that time I had already been kept  away from Peru over 15 years (exhibits 99,100),in my years in Geneva I was trained to become a physician and go to poor countries to serve so I was given Peru nationality in child registries confirmed by my companion in college Patricia Lazanski stating I was saying in hard times I was going to be relieved returning to Peru once school was over(exh.180).I showed swiss sentence of insurance law(114)and nysd case docketed 2005 against Switzerland,I had been confined 18 years by actions of Switzerland blocking my bank account,denying me relief benefits and passport to leave the country of which I was not  a national,in complicity with Peru republic that in 2001 as I



returned to Peru,started to cover up this prolonged arbitrary detention,and

perpetrate it as it could(2002-4 where without relief pension because Peru chose

to dismiss my complaints of extortion by swiss,provoking my migration to USA

2002,and 2014 until 2016(exh.51) so that in total it was 22 years of illicit

confinments and enforced disappearance(my kidnapping and confinement

incomunicada in peru Hospital)

   6   Title 28 U.S.C. § 1605A - Terrorism exception to the jurisdictional

immunity of a foreign state *1) No immunity.* *--A foreign state shall not be
immune from the jurisdiction of courts of the United States or of the States in
any case not otherwise covered by this chapter in which money damages are
sought against a foreign state for personal injury or death that was caused by an
act of torture, extrajudicial killing, aircraft sabotage, hostage taking, or the
provision of material support or resources for such an act if such act or provision
of material support or resources is engaged in by an official, employee, or agent of*

*such foreign state while acting within the scope of his or her office, employment,*

*or agency.(2) Claim heard.* *--The court shall hear a claim under this section if--*

*(A)(i)(I)  the foreign state was designated as a state sponsor of terrorism or was*

*so designated as a result of such act, (ii)   see* in Roeder v.islamic Republic of

Iran 195 F.Supp.2d 140,159-161 DDC2002,on the basis of this suit, plaintiff won

challenge of proving the government had committed terrorist acts;conferring on

Peru the due process trump it will seek against me would undermine the

constitution,as there is violation of amendments 4,5,13,14  of Us constitution in

that there is no equal protection of the laws,I was unreasonably searched and

seized,as I have no rights I am enslaved ,my right to life(art.6(1) of the

International Covenant on Civil and Political Rights, to which Peru is a party,

was not respected as I was who frustrated murder by unidentified women and

courthouse security defs.1,3 C.Castellon and R.Lazo,in the courthouse fracturing

my right scapula and right labrum-torture- I extended backwards to protect my

skull on courthouse floor;my liberty was violated as I have no right to

information with the archives closed to me;was taken hostage by Ministry of

woman   def.25   L.Chaupis(exh.47),DA   M.Vereau(defendant8,exh.48),Dr.J.Roca def.27,judgesM.S.and T.Y.(defs.26) in the "political "prison of hospital Larco Herrera in 2014 for years(51) without due process to attempt usurpate my rights enforcing   my   disappearance(Peru   ratified   convention   against   enforced disappearances)then consenting to release me after 2 yrs on condition I accept inconstitutional deportation to the US and accept- robbery of my property left behind   me   in   Peru   $6000;   2   trials   for   infamous   crimes   (exh.54,55)by def.C.Coanqui def.35,def.28 M.Romero and complicity of defendants no 12 M.Castelo,  I.Ortega,DA V.Farfa,put in jeopardy feb 28 2008(exh.73)as I was notified that charge dropped that day by defendant 35 in exh 55, but summonsed to appear next day on same charge with same defendant,etc..;foreign sovereign immunity was denied to Lybia in similar case,where americans were in Lybia ,incarcerated,physically abused,kept without food and medicine in insanitary conditions,by   Lybia   government,that   was   sued   successfully   by   District   of Columbia in Price v. Socialist people's Libyan arab Jamahinja 294 F.3d 82 C]DC Cir 2002;that government deprived americans of liberty without due process ,in violation of amendment 5 to constitution,because acting as a private person was denied sovereign immunity as a state(in present case,my situation is similar and even more legitimate as the undue process was used to not only strip me of liberty,but (attempt to )life,and property;I describe how I was assaulted and battered in Peru courthouse February 28 2008,when I asked justice M.ROJAS (def.20) to take complaint against assaultants but refused,instead I was notified to appear next day in a false criminal trial (exh.73)against me in a case that was

dismissed, to deny medical attention that day I fractured my right shoulder blade,instead  denied attorney and summonsed to prepare alone my defense against next day retrial for the same false offense,putting me in double jeopardy in violation of Amendment 5 that also prohibits Destroying or seizing the property without due process;in 2015 judge M.Suarez(def.26) just unlawfully deported me to US without indemnization under threat to never return or be confined again ,since thus i couldnt pay rent in peru no more if i couldnt stay ,nor could take with me my property that was apropriated by landlord, rented room.

7    <u>Antiterrorism and Effective Death Penalty Act</u>:defendants enlarged to all Peruvian government especially all justice system,conspire against the United states as corrupt racketeer organization commiting crimes against my life,health,body and freedom in courthouse and under color of law by undue process no judicial garantees kidnapping,confining,deporting inconstitutionnaly and robbing all my posessions,maintaining me a slave by denying all complaints despite evidence through undue process etc and other federal crimes listed hereafter.

8    <u>Serious injuries,deprivation of rights under color of law title 42 s.1983 Us Codes</u> can cause indemnization for continuous wrongful dismisssals of all complaints made in Peru since 2001(106),is not time barred because as of (49)report of supreme court cases,i am continuously requesting justice in Peru courts where i have several 2017 cases pending,and lastly(105,220-223)resolved dismissed again wrongfully on appeal(def.11,22 T.Catacora,W.Becerra,def 23,24 A.Perez and G.Ortiz).S.1605 of title 28 of US Code holds there is no immunity in

US courts for foreign states when **(a)(1)** in which the foreign state has waived its immunity either explicitly or by implication, notwithstanding any withdrawal of the waiver which the foreign state may purport to effect except in ajccordance with the terms of the waiver; **(5)** *not otherwise encompassed in paragraph (2) above, in which money damages are sought against a foreign state for personal injury or death, or damage to or loss of property, occurring in the United States and caused by the tortious act or omission of that foreign state or of any official or employee of that foreign state while acting within the scope of his office or employment* ,ocurr in the United States since I am american by birth in Manhattan,and retain address in brothers family in Flushing NY (36,38)(only I am registered in UNSAAC university Peru (106)by CSLA University Los Angeles,for postgraduate work with intent to return to the US,despite I am delayed in completion by disability by crimes by Peru state.

9    Peru government or state has waived its immunity for individuals to sue them for violations of human rights cited and crimes i listed( accepted jurisdiction for individual complaints  in  international criminal court in The Hague for all crimes of agresión, crimes against humanity,war crimes, genocide; for crimes of torture in CAT of OHCHR; for all human rights violations ,since they ratified in 1978 interamerican convention on human rights accepting to be sued in  IACHR and San Jose International Court; enforced disappearance as they ratified this Convention; Peru signed law 27988 wherein accepts without reserve convention of UN on imprescriptibility of war crimes and crimes against humanity,so it can be sued anytime for facts i listed that are war crimes and crimes against humanity         -12-

10    Peru justice system conspires since 2001, by hate crimes and discrimination,often overtly aledging(def.23in exh.83,G.Vargas,director of mental hospital because i am white(american mother),with other nationality,not physically born in Peru but in New York City,to deprive me of my rights under color of law,defendants of Peru supreme court defs 37 exh.49,continuously dismissing all complaints up to supreme court where since 2003 i exhausted domestice remedies continuously .

11    February 28 2008,3 causes of action accrued:1)tentative extrajudicial killing and torture by security guards(defs.1,3)of courthouse cusco,Peru(see FACTS,1));2)notice of dismissal without indemnization nor countercomplaint for crimes by plaintiffs, judicial error of case 612 2007 PE 01(55),and case 511 2007 PE 03(54) ,trials for infamous crimes against me;3)notice of fraudulent dismissal of my habeas data civil action 2217 2006 by supreme court(exh.52),defs.37.

12    There are continuous actions of the offenses cited and statutes,especially deprivation of rights under color of law ,reckless endangerment,obstruction of justice, torture and terrorist acts,conspiration etc by human rights officers of international criminal court of the hague(def.41 M.P.Dillon,K.Mosoti def.39 exh.151-154 since 2009,OHCHR since 1998 def.39 exh.153-159,IACHR since 2005 until this year I have been continuously appealing without result(defs.39,40,exh.160).Defendants conduct was criminal in nature,outrageous,extreme,wanton,willful,malicious,constitutes threat to public.

13-

## IV.JURISDICTION AND VENUE

13    NYSD court judge C.McMahon,ruled with me(18cv01740) that this Court is the only proper venue according to 28 U.S.C.s.1391 (f)(4);and that it has jurisdiction for TVPA and Antiterrorist claims simultaneously against Peru Republic and other peruvian officials and nationals,and others(28 U.S.C. § 1391 e),t.28 s.1404 a)),with subject-matter jurisdiction over Plaintiff action ,personal jurisdiction over Defendants pursuant to t.42 s.1983 civil action for deprivation of rights under color of law; Anti-Terrorism Act, 18 U.S.C. § 2333, et seq.,t.28U.S.C.§1330,1331,1603,1605A,1605a3,5,Torture Victim Protection Act,Pub. L. No. 102-256, 106 Stat. 73 (1992), note following 28 U.S.C. § 1350;mentionned statutes, with jurisdiction in case offenses perpetrated against American.Plaintiff has afforded Defendants a reasonable opportunity to arbitrate the claims in this action as required under 28 U.S.C. § 1605A(a) in accordance with accepted international rules .

## V.  SHORT  AND  PLAIN  STATEMENT  OF  CLAIMS  AGAINST DEFENDANTS(A  25  PP.AMENDED  COMPLAINT,AS  RESUME,MAY  BE FOUND ON DOCKET DC CIRCUIT 18 1460,FILING 12 17 2018)

14    1993-present:discrimination,torture,inhumane degrading treatment by Peru  ministry  of  foreign  relations(Ministerio  de  Relaciones  Exteriores RREE.gob.pe) and civil registry agents(RENIEC.gob.pe).

15    2001-present:Discrimination, Deprivation of civil rights under color of law,torture,personal injuries,tentative of extrajudicial killing,hostage taking



,robbery of property in violation of international law,provision of ressources for

terrorist conspiration by Peru through its medical and justice system( defendants 1-38): Peru Supreme civil court and Congress commit injustice,fraud and extortion against me( Exh 121-123); Peru gov.pays salaries to DAs,judges,police with a mandate to conspire against me resulting in terrorist offenses;all complaints accompanied by proofs and witnesses are dismissed(exh.49  );fraudulent arbitrary infamous trials by defendants 28,35,without jury ag. me dismissed without indemnization;undue process cases to perpetrate inhumane treatment,torture, by(exh38,43) defendants no 8 DA Maria d. C.VEREAU A.,judges def.19 M.T. YNONAN V.,M. SUAREZ A.and

defendants18,20,26,27   arbitrarily confined me 2 years without seing a judge in a political prison aledging I was mentally disabled when the expert forensic doctor and all doctors save 1,denied it; I had to agree abandon my property as I didn't have money to transport it with me,a value of $7000 in violation of international law;  -f)Impunity (dismissal,exh 223)by Peru courts for torture 2019:6 5 2018 I was tortured in Geneva (Switzerland)by 2 swiss police(Alexandre PALMA,DUSTOUR)and swiss Hospice General Servette office twisting my shoulders and threw me on ground resulting in a(216,217) transfixiant rupture of supraspinatus tendon right shoulder and tears on left shoulder,calumniated  and tortured by police that have a case against me p/10577/2018 despite I was the victim but my complaint p/12113/2018 was never answered,I was recklessly abandoned by Peru consulate,Embassy,mission to the UN in Geneva as well as



CAT OHCHR that denied despite  I had recorded all the facts with video.

16    2002-2004:coercion to migration then illicit confinement:Peru

defendants 10-13 and   swiss deprived me of relief benefits and rights,by denying

complaint in DA to order swiss execute payment of wrongfull termination

pension due 1988,coercing me to leave Peru 2002 to NY,where I was hospitalized

in jamaica hospital ny for  depression(exh 201)

17    Feb.28  2008 to present :tentative extrajudicial killing by

courthouse,torture,inhumane and degrading treatments,medical malpractice

,hostage  taking  serious  personal  injuries:Student  at  UNSAAC  university

Peru,feb 28 2008 I was victim of   tentative extrajudicial killing in Peru

courthouse by 5 women with consent conscious and willfull of courthouse security

chief C. Castellon C. (def.1)and staff R. Lazo B.(def.3).I esquivered resulting in

serious personal injuries equivalent to torture in the sequelae,while filing at

clerk window,Cusco courthouse(pictures:exh1,2,3).Government hospitals denied

diagnosis of fractures I had such as scapular and ankle,I was denied

hospitalization after a hit and run public bus ankle fracture,despite I was invalid

in a wheelchair  manual I couldn't move because of shoulders injured,so I had

spine fractures after a street person pushed my chair backwards,then accused of

self injurying myself,despite it was the courthouse that injured me ,seized

against my will in the wheelchair and locked for perpetuity in a political prison

mental hospital despite expert doctor ruled I had no mental disability ,set free by

judges after 2 years on condition I accept my extradition to the USA despite peru constitution prohibits extradition of nationals without executive order(not judiciary),forcing me to get robbed of all my $7000 posesions I couldn't take along

and threatened to not return despite Peruvian citizen;2017 I suffered bilateral retearing of tendons shoulders after sequestration by a Peruvian ex war marine;2018 I accumulated hole and fissuration of tendons in both shoulders from torture by 2 swiss police that found me without protection in Geneva(trying assist my disabled family members in Gva),because Peru justice dismissed wrongfully my several complaints against Swiss government,and because Peru consulate,mission,embassy refused to assist me in Gva when I indicated was tortured ,I developed ankle sprain then left leg tendon tears at hip(210 and sig),since then I am confined in bed and wheelchair;2019 because of both arm disability I suffered teeth fractures fissures(227) trying compensate alone,fault of Peru government that gave me severe disability certificate(228) indicating I am dependent on another person but after visiting my room they saw I live alone no relative thus the government should have paid me a pension to pay an employee to help me or put me innursing home,but they didn't do anything ;all these serious personal injuries now require interventions,med. costs I cannot pay for.

18    Peru armed forces (defendants 7 abuse same in their supreme court tsmp(tribunal supremo de justicia military policial) show the same conspiracy against my liberty,right to equal due process:

-a)2001 april on,I would relate facts in Switzerland to Police in saphi

precinct ,in cusco,but police callanaupa and Pena Quispe used to refuse to investigate asking me to go to DA where all was dismissed so my pension from Switzerland remained suspended,coercing me to leave the country back to my brother in NY where I could claim SSI

b)conspiration to try me twice on criminal charges with false witnesses and no proofs,dismisals without indemnization based on fraudulent police investigations

c)all complaints against police to police supreme court remain either dismissed or unanswered,including denial of investigation of the 28 2 2008 courthouse security tentative of extrajudicial killing by omission

19    <u>Medical malpractice,torture,costs of torture,actual past and future:I need reimbursments for</u>:

-a)$1000 pain killers since 2008(naproxen,ibuprofen,orfenadrin,etc)-patches for rotator cuff tears(bilateral,2x $10000 );plane ticket to go back to NYC $2000 to patch and eventually operate hip since I cant walk in a year.

-b)2011-2014:I spent 4 years in wheelchair,Peru owes me $1400 round trip to NY; I had to pay to get a motorized wheelchair in St luke hospital(exh24,42) because Peru denied me motorwheelchair(32,def.5 Dr.G.Alvarez;salary of a nurse as I have no strength in torn arms;hospital Peru refused   certificate of discapacity to extorsionate me more(exh75) as it opens right to $50/mo pension; (197)shows I had bilateral ankle sprains 10 13 2011 to 2014((16,19).

-c)because(exh104)witness shows gov.insurance refuses pay my MRIS. Peru government wanted rob me would oblige me to pay  xrays ,CTscans,second

lectures of films,mris,in private because denying any injury on gov.reports to avoid paying damages;denying hospitalizations despite I was invalid and alone;denying motor wheelchair I needed because of no arms ,coercing me to pay round trip tickets to usa to get a chair there from Medicaid losing time money in tickets etc

20    <u>2004-present:Denial of civil rights to justice in violation of freedom of information,right to work,discrimination in Cusco,Peru 2 main archives hereafter a,b,abuse of authority severe mental anguish torture by defendants 11,21-25,28-32,38</u>:professional graduate in art history from US(CSLA university),enrolled for thesis in history in UNSAAC university,with many recommendation letters (exh61,62)from universities to get lector authorization cards and work in Cusco archives(whose rules(exh59)are simply anyone with a recommendation letter can get a lector ID to access all information),nevertheless to me is denied since 15 years the lector ID by Peruvian agents and gov employees of cusco church archives leaded by church representative lawyer defendant Mariangeles ROMERO G.;I also was denied lector ID by regional archives arbitrarily 2006-2009 then 2012-2013 and now I am being denied lector ID because I am in a wheelchair and there is no elevator while I proposed to lower a document at a time;both archives tried me 2 years to jail me ,each for infamous crimes without trial ,with false witnesses and false police reports ,which I had dismissed without indemnization for fees of lawyers ,moral damage

21    <u>2000 to present discrimination by UNSAAC gov.university Peru</u>:that offers(see art 34 rules,exh 179 1st AC) free admission to children of diplomats

that return to Peru after end of mission,nevertheless denied the priviledge to me,obliging me to have extra economic losses to apply under other modalities,I lossed $100 applying as a graduate student,and although there was a vacancy ,UNSAAC denied me the vacancy,obliging me then to apply by submitting to contests losing another $100,losing years of studies because of the discrimination.

I am asking thousands of dollars to revalidate my American and swiss studies despite I was entitled to exoneration had courts judged on arbitrary detentions to study abroad.But they dismissed complaints(american AA and BA 1989-1993 were done against my will away from Peru because of swiss and US social security error but since there is impunity my complaints for being arbitrarily detained 1988-2006 forcing me to study abroad then  not having income for revalidation,were dismissed so I cant advance in Peru university.

22    1998-2019:continuous complicity to cover up torture by UN,ICC and IACHR(defendants 39-41):1998 Carmen Rueda at CAT and Carla Edelenbos in

 1998 (see 04-10148 docket nysd)responsible for ohchr,nows responsible of petition    unit    ohchr,    keep    denying    and    blocking    my communications(fax,letter,email,calls)causing 2010 liminar denial same day of complaint to cat against Peru,;likewise 2010-2013 my complaints to IACHR aledging torture and other terrorist offenses to IACHR against Peru were arbitrarily    either    denied    without    reason(defendants    no    40: M.Tavares,C.Cerna2011,V.Madrigal,E.Alv..2012-2013),K.Mosoti blocked fwding and confirming my 2009-2017 complaints to International criminal court ag.Peru

responsible of ICC liaison office UN NY(unanswered emails,voicemails);

23    2001-2018:loss of income to crime by Peru.Peru Republic must give me restitution of $60000 the total of pensions i brought into Peru since april 2001(exh113,114)) but couldnt work,study since 2001 because of terrorism and resultant physical invalidity

## VI.DETAILED  CLAIMS AGAINST DEFENDANTS

24    1993-present:discrimination,torture,inhumane degrading treatment by Peru ministry of foreign relations(Ministerio de Relaciones Exteriores RREE.gob.pe) and civil registry agents(RENIEC.gob.pe.

Born in Manhattan,NYC;at age 3 I was taken to Geneva by my parents appointed to    UNCTAD  GATT  becoming  a  diplomate  by  personal merit,declaring(exh99) before swiss civil registry 1966 I am Peruvian,then likewise in front of UN legitimation cards 1980 (exh100,123) my nationality as

Peru/usa.Thus,my predominant nationality is Peruvian;nevertheless,I was

denied  in  Geneva  by  Peru  diplomatic  and  consular  authorities(in particular,Monica Ostolaza Aguirre,Peru consulate Geneva),issuance of Peru passport until 2001,illicitly confining me in Geneva 1993-2001,then registering birth certificate in Peru consulate date 1998 ,which would imply as  a child I didn't  have  that  nationality;2007  peru  RENIEC  official  registry(exh124) cancelled birth certificate(exh103 ) my father signed,my Peru nationality,forcing me to reapply for nationality as foreign citizen not Peruvian by birth;renounce

-21-



rights of Peruvians by birth(employment and election in public offices; I was detained arbitrarily in Geneva by Swiss authorities 1988-2001,through denial of relief benefit pension(exh.114),showing Swiss conspiration(see 04-10148 nysd)supreme court dismissals aledging torture,rape by my employer,serious personal injuries,tentative of extrajudicial killing by omission,etc.,then swiss justice sentencing in 2004 and executing payment 2006 (exh113)upon my 1988 claim to relief,recognizing after 18 years my swiss employer failed to disclose to pension fund I was entitled to indemnization,then execute payment in 1988 of a wrongful termination monthly benefit from job as  doctor),embargo on my bank account,etc.Conduct violating art.16,21 of UN Pact on civil and political rights that hold "the child has right to her nationality and international recognition thereof";art.52 cst peru that holds"a child born abroad of Peruvian parent registered as a minor in correspondent registry is Peruvian by birth";resulting

severe mental suffering,inhumane treatment,arbitrary detention in Geneva 1988

until 2001.

25    2001-present:Discrimination, Deprivation of civil rights under color

 of law,torture,personal injuries,tentative of extrajudicial killing,hostage taking

,robbery of property in violation of international law,provision of ressources for

terrorist conspiration by Peru through medical and justice system( defndnts1-38):

-a) In 2001,trained as artist with B.A.to participate in city theaterI was slandered (181,182)as a "foreigner taking seats of Peruvians,discriminating

them",in all media (radio,tv,newspapers where my name was written as either

American or Belgian artist...) resulting in order to police to seize and expel me

from the dance aledging I am not Peruvian despite I showed city theater and

police I had peru passport); judge NINO de GUZMAN (def.24)dismissed

complaint.DAGladys QUISPE Def.26)also( exh 11.17,93 )2016 despite art 323

perupenal code discrimination is crime ag.humanity and doesn't have statute of

limitations so I was right complaining to her.

-b) Peru gov.pays salaries to    DAs,judges,police with a mandate to

conspire against me resulting in terrorist offenses;all complaints accompanied by

proofs and witnesses are dismissed(exh.49 );fraudulent arbitrary infamous trials

by    defendants    28,35,without    jury    ag.    me    dismissed    without

indemnization(exh54,55,criminal case 511 2007 PE 03,612 2007 PE 01).Peru

DA(def.14 R.Huaman,superior appeal DA def.15 Tupayachi, supreme DA

M.Caceres defendant no 17 in 2001-2003 dismissed all  complaint(exh106-111)ag.

Swiss gov. for unpayed wrongfull termination pension benefits despite 2004 swiss

sentence(exh114 ))orders payment in 2006 of a pension for damages due 1988

thus a delay of 18 years ,showing  I was right to complain 2001 to Peru justice

but they were robbing my property in violation of international law by

dismissing(element of terrorism exception to sovereign immunity of states);

-c) Peru Supreme civil court and Congress commit injustice,fraud and

extortion against me( Exh 121-123)by fining me $1000 and $500 to my attorney

so that he got angry and abandoned me 2013:Matters(defendants no36in caption)

Almenara B.etc..)aledging frivolous abusive fraudulent claim when I petitioned free court appointed counsel because of poverty.Demostrates whole justice system is a racketeer organization of conspiration to defraud,false statements,obstruction,theft,deprivation of rights under color of law and exhaustion of domestic remedies is (exh.123),cassation no 833 2013 rejecting appeal in civil action no 1534 2012 CI 04 (exh.122, see defendant noname on first page is F.MATEO Yataco,same as transit insurance attorney (exh.41)where I was asking a court appointed counsel and to move in forma pauperis to request indemnization against the police who refused to make the timely police report

after the hit run (exh.10)described in initial pleading(29,witness Raul

Narvaez,and other witnesses of hit run against me Maria Pacheco etc..in late police report (10))causing denial of transit insurance(41):not only is rejection of appeal asking for legal assistance in forma pauperis obviously unjustified,since I was in 2013 and still am,disabled in wheelchair without family thus poor,but also an abuse of justice since it condemns me to pay "10 URP "meaning over $1000 fine for making an "absurd request"(cant be absurd since I explained in initial pleading how evil was police conduct towards me)and $500 fine to my lawyer,that retaliated breaking his confidence with me and refusing me help now because of abusive fine he had to pay. This extends to Congress(see report all dismissed exh 185;exh187,188) complaints;my complaint stolen in congress exh186)  .

-d) Undue process cases to perpetrate inhumane treatment,torture, by(exh38,43) defendants no 8 DA Maria d. C.VEREAU A.,judges def.19 M.T.

<u>YNONAN V.,M. SUAREZ A.and defendants18,20,26,27</u>   arbitrarily confined me 2 years in a political prison aledging I was mentally disabled based on opinion of 1 psychiatrist despite 4 others disagreed,despite after 2 years forensic expert psychiatrist  ruled(last 3 pp in sentence in exh 38)I wasn't with 4 other doctors at beginning of the 2 yrs ,then extraditating me nov.5 2015 violating art.37 Peru cst.(no extradition of peruvians without executive order)aledging I am a foreigner," swiss",or need to be with brother in US(exh.38,pp.2 and last 3 pp);and 2014 until 2016 so that in total it was 22 years of ilicit confinments and enforced disappearance(my kidnapping and confinement incomunicada 2yrs in a political prison, peru mental hospital);after I was deported to the USA 2016 I returned to Peru to complain for these crimes but just met other undue process dismissals(161,1updated reports of procedures 2016-2018(195)I made in Peru referring to(165,166)recent dismissals of (defs.24)district attorneys Evelyne Milagros Ramos Mauricio,and on appeal,Frank Robert Almanza Altamirano, in complaints against government magistrates for kidnapping me confining me in infamous conditions with infected and delinquent women ,then deporting me unlawfully destroying all my posessions 2014-2016 through undue process of judge M.T.Ynonan v. et al.I add as defendant judge Maria Suarez Arias,whose name appears p.1 of (165) was another temporary substitution judge that acted in the undue process leaded by Maria T.Ynonan V. case no 3645 2014 FT 10 (38)I add in the hospital confinement 2014-2015,that I was constantly under psychotropic drugs that made me drowsy ,I was denied choice of food I liked and given sugary starch diet that made me gain 10 kg which further depressed me as

-25-

I looked sick;I couldn't sleep without neuroleptics;social assistant ,nurses,drs and judge would threaten me to lock me in forever unless I succeed in getting my brother in ny to come take me out which caused me constant anxiety I would stay there forever;my bed was between on one side a dying HIV patient and on the other,another who murdered her baby.

-e) I describe how 2014-2015 I was taken arbitrary detained,taken hostage unless I agree to leave Peru and not return(unlawful deportation)which had consequence I had to agree abandon my property as I didn't have money to transport it with me,a value of $7000 in violation of international law,offenses for which there is no immunity;I also describe how I lost $60 000 in disability pension I took into Peru since 2001, that was grabbed by its market without any benefit for me as I was continuously in intense pain  ,5 years in a wheelchair til now and perhaps forever,disabled by crime or denied access to information ,study,work and other fundamental rights like liberty,property,due process(title 28 uscodes s.1605 a 3)loss of property in violation of international law,present in the US where Peru carries commercial activity;5)personal injury;1605 A acts of terrorism of personal injury,torture,hostage taking,tentative  of extrajudicial killing).

-f)Impunity by Peru courts for torture 2019;6 5 2018 I was tortured in Geneva (Switzerland)by 2 swiss police(Alexandre PALMA,DUSTOUR)and swiss Hospice General Servette office twisting my shoulders and threw me on ground resulting in a(216,217) transfixiant rupture of supraspinatus tendon right shoulder and tears on left shoulder,calumniated  and tortured by police that have

a case against me p/10577/2018 despite I was the victim but my complaint p/12113/2018 was never answered, abandoned without use of arms on the streets denied shelter by swiss government hospitals whom I asked june 2018 with 4 doctors,a motor wheelchair because of right ankle sprain(219) without arms for crutches and (218)enthesopathic tears of 2 tendons left hip prostrated in a manual wheelchair until present.Despite asking since june to swiss government a

motorwheelchair unless I would suffer hip tears,it was useless,they finally answer,by a denial in march 2019(220).During the first days of june I asked in geneva help with all proofs as I had recorded filmed the event torture to Peruvian consulate,mission to the UN,embassy of Peru in Gva,as well as CAT of OHCHR,but was denied despite proofs,returning in wheelchair to my room in Peru nov 2018 where I filed complaint for torture in peru justice ,being again denied by DA Tatiana CATACORA J.and on appeal Superior DA W.BECERRA H.(221)suffering constant pain and disability and retears of shoulders(222)in

february because of overload on torn shoulders due to denial of motorwheelchair.

26    2002-2004:coercion to migration then illicit confinement:Peru defendants 10-13 and   swiss deprived me of relief benefits and rights,by denying complaint in DA to order swiss execute payment of wrongfull termination pension due 1988,coercing me to leave Peru 2002 for my brothers home in NY,where I was hospitalized in jamaica hospital ny for  depression(exh 201) as my right to self determination was viciated to live in NY,put on SSI,to sick to defend myself,giving no valid consent in this detention to Mr.X in the US,with

birth of minors Y,Z in 2003;I asked justice nysd docket 04-10148(wrongfully dismissed).Illegal embargo on relief benefit lifted 2004 I returned to Peru but Mr x aledged since I am sick in the US is unfit for custody;was taken from me,he remarried,dislikes me,refuses I babysit, no relation with minors Y,Z that don't know me since age 8 months.See proofs SSA failed 1989 (exh.115,116)to apply the law on my application for SSA disclosing I had worked in Switzerland,thus to apply art 18-21 Swiss-US ssa convention 1980,oblige Swiss 1989 to pay me disability pension to be able to return to Peru 1989, not go back to US.Y,Z would not have been born nor taken from me.Instead,because of swiss,peru illicits and SSA error, I was sick in the US depressed 2002-4;my father locked me out of his home 2018 aledging I consented give birth yet lost custody,and disherited me.In case I die all my fathers estate for me will go to other wife of Mr.x,despite I disagree with this relation.I am abused,exploited(human trafficking). same with 2002-4 deportation to the US,at that time I had already been kept away from

Peru over 15 years (exhibits 99,100),despite I was given Peru nationality in minor civil registries .So I gave up defending myself and gave viciated consent to Z being later born X,Y as explained in facts.I showed swiss sentence of insurance law( 114)and nysd case docketed 2005 against Switzerland,I had been confined 18 years by actions of Switzerland blocking my bank account,denying me relief benefits and passport to leave the country of which I was not a national,in complicity with Peru republic that in 2001 as I returned to Peru,started to cover up this prolonged arbitrary detention,and perpetrate it as it could(2002-4 where without relief pension Peru chose to dismiss my c0mplaints it wasn't paid by

swiss,provoking my migration toNY 2002

27    28 2 2008 til present:tentative extrajudicial killing by courthouse,torture,inhumane and degrading treatments,medical malpractice ,hostage taking serious personal injuries:Student at UNSAAC university Peru,feb 28 2008 I was victim of  tentative extrajudicial killing in Peru courthouse by 5 women with consent conscious and willfull of courthouse security chief C. Castellon C. (def.1)and staff R. Lazo B.(def.3).I esquivered resulting in serious personal injuries equivalent to torture in the sequelae,while filing at clerk window,Cusco courthouse(pictures:exh1,2,3),5 women alien to court sat

behind clerk line,repeatedly sending their minor to harass me putting himself

between my legs upwards to intimate parts causing me to look backwards,telling mother retain child;nevertheles still couldn't file as he was made again harassing;I asked security resulting in report 1(exh.68)),separated them from me;I finally finished filing then went to next filing window 90 meters down court hall after Presidency door as I was grabbed from behind by hair, whiplashed 2 minutes by the women who had followed from behind,then pulled backwards by hair  to break head on ground,but screaming help I extended right shoulder backwards cover fall fracturing right scapula on floor .Security arrived,declaring had women expelled without identifying them;Security refused bring me to a doctor nor call police.Security Percy TAMAYO V. made second report(exh.4)on

second assault by the women confirming right shoulder impact on ground from height.I went to DA (an hour later)def.30 M.Rojas(exh.12 her handwrit)denied

complaint with other DA,judges exh14 ,49,151,18))despite I had witness my university companion (exh.13)declaring next day in class I described attack unable to write,left class out of pain dominant right shoulder;despite Security chief,staff fall in contradictions declaring(exh.21,22)the women were litigators in line(imposible since they were behind me att first assault,then assaulted down the hall a minute later,then just left court without filing),or that I had slapped the child(absurd as I didn't know him,if it were so  women should have filed a formal report identifying themselves and supposed injury to child)thus there are no independent witness but they refused to identifiy showing their guilt;security

chief Castellon confesses to DA defendants 9(Nilo Paravicino etc...)he let me follow without intervening out of animosity towards me ,lying (21,22)he just saw my hair pulled despite he should have said I also fell to ground,screams heard in

all courthouse,contradicts declaration of security TAMAYO(exh 4)there was a ground impact from the height.There were 80-90 meters between first attack at filing window and final attack at presidency,long following that security Castellon watched without reacting,with Lazo,chose to let me be victimized,then declared he didn't see me fall despite would have killed me had I landed on the head.They were guilty of tentative murder by omission as they are garantees of security,and torture and serious personal injury.I couldn't go to the dr that day because of persecution double jeopardy by (def.24)DA E.Ortiz summoned me to appear next day I had to prepare appeal(exh73,76 )to avoid go to jail.I took sick leave from university because of severe pain(exh69)and dysfunction(avulsion of

right labrum,multifragmentary fracture right scapula,luxation of

articulation)right                 dominant                 arm(exh70,71)

ultrasounds(exh5),Xray(exh6),MRI(exh7).Complaints  (exh72,18)were  denied  by

judges,Das,supreme court(see case03634-2009-HC exh20),recklessly abandoning

me,same   with   government   orthopedic   doctors,refusing   report   I   had

fractures(xrays exh24)coercing to pay private drs;refusing  order mris(magnetic

resonance  image)forcing  me  out  to  NY  where  at  HSS  the  avulsion  glenoid

fracture  that  is  medically(exh8)  caused  by   fall  from  height  on  shoulder  was

diagnosed;  had  right  supraspinatus  full  tear(exh29),traumatologist  hospital

public  cusco  Chuquihuayta(def.6)  banalized  covered  up  I  had  a  fracture  on

xray.,as  well  as  radiologist  def 2  ArturoQuispe,diagnosing,to  cover  up  the

security  guards,  only  "antique  luxation",denied  MRI(exh23,  26);refused(exh79)

my  request  for  disability  pension(exh78),soon  I  got  contralateral(exh27,167,198)

left  shoulder  tears  in  pectoral  muscle,supraspinatus  tendon  because  doctors

failed  operate  right  labrum  tear  at  first(exh25  shows  labral  tear  causes

supraspinatus  tear  if  not  operated  due  to  anterior  instability)no  arms

decompensated with right ankle fractures(exh40).in a bus hit and run,Peru police

denied  timely  report(exh10 report 2 yrs later)just passing by me abandoning

sitting  on  sidewalk  unable  to  stand,under  witness(exh29),911  assistance  I

requested   by   natel(exh30),to   avoid   gov.responsability,robb   me,inhumane

treatment serious injuries(timely police report entitled toPeru SOAT insurance

for  hit  runs(see  denial  exh41)up  to  $6000.National  INEN  hospital  made  false

medical report same onspiracy sheme aledging all normal,coercing me to private

radiologist(exh40,191)Dr.Silva.Hospital hipolito unanue of gov also conspired responsibility recklessly endangering me,denied hospitalization despite I clearly requested indicating I had no family or help;denying wheelchairs I got in churches ,denying motorwheelchair(exh32) causing(I moved manual chair with left leg since arms torn) left quadriceps tear, adductor tear(exh33,81);I had  no one to push the chair,relying on any someone pulled it backwards down 2 steps,causing me 2 dorsal vertebral fractures (exh31)for which I stayed lying in bed  3  months.I  had  chronic  ankle  sprains  2010-2014  constantly  in wheelchair(exh196,43-46)spent  4  backs  and  forths  from   Peru  to  USA  for motorwheelchair,requesting surgery for excess pain to  my shoulder tears ;drs never applied art 30 ,ley general de salud, holding "if their patient was attacked injuried  the  dr  had  to  notify  authorities".prescriptions,surgery  for  pain requests,correct mris etc...between 2008 and 2014)as without arms  to move a normal wheelchair;february 2014my american motorwheelchair(exh34,42) found

no  accommodation  in  Peru  obsolete  public  transportation  despite  law  on accessibility to disabled no 27050(exh82),provoking bilateral ankle sprains as I was forced to get up from chair;public defender def.33-3 M.Anderson visited me interned in hospital victor larco Herrera ,stating my will to return to my rented room   cusco   paying   to   mrs   Acurrio   in   cusco   where   I   wanted return(exh74,98,101)and  not  go  to  the  US(exh78)but  defendants.26,27,18-20,8 wanted me out of peru conspiring to extradite me inconstitutionnaly(exh 78), refused me return to Peru by email(exh83)I kept trying stand despite chronic sprains suffering bilateral ones(exh16,19) I requested hospitalization(exh66) in

orthopedics and 2 hospitals were referring me to ortho to hospital 2de mayo ,and hipolito lima exh 85,86) in written but Peru ministry of woman def.25 L.Chaupis(exh 47)and def.8 DA Maria Vereau A.(exh48)treacherously asked dr.Roca (def20)chief of hospital for unvoluntary (they twisted my arms to confine me despite I was in a wheelchair,injuries,injected me with force psychiatric neuroleptics that made me sleep,)hospitalization then life confinement to psychiatric hospital,despite law of mental health DS 33 2015 MINSA oct,2015

holds **in art 4 g)h)and 8 a)psychiatric patients cant be taken against their will, coerced ,nor detained more then 60 days** ,I was accused of causing my injuries because of schizophrenia by one doctor(exh90),despite expert and dr.A Torres ruled I had no mental disability,from first day of 2 yr detention to last day,as of

medications(exh80,90)which was also the final diagnosis by the medicolegal expert (exh38)that I wasn't mentally disabled.Exh 84 report of Mr Humbert Suarez credit card shows sentence 30 (exh 38)in fact didn't take place sept 18 as published by defendants 19 judges, but nov 5 2015 when my brother was present,apparently this was a fraudulent judge procedure to publish the nov 5 meeting with brother followed by my extradition ,with date September 18 ,so as not to violate DS 33 2015minsa a decree on mental health published October 2015 prohibiting all that was done to me(detention against will,over 60 days,extradition).March 2014 I called for help Public defender M.Anderson (def.34)complaining I rent a room in cusco with my belongings and wanted return not be locked nor extradited to USA(exh 78)instead she abandoned me,

defendants 8,18,199,20,26,27ordered me confined to life to mental hospital for

women despite I was still menstruating, committing genocide(exh39); I was treated in degrading way forced sleep between a HIV dying patient and another that murdered her baby despite im innocent virus free;with chronic constipation,weight gain of 10 kg,insomnia side effects of neuroleptics,no visits and after 2 years of this political prison taken hostage, offered freedom at condition I consented to follow my American in NY brother to USA to make me

leave the country despite Peru constitution forbids extradition of citizens,final

judgment expressly indicates I didn't have a mental disability(exh.38),in the process I was condemned to pay my brother$8000(exh 36 )or plane tickets and

costs of lawyer,American employed in NY, twice backforth travels risky flights for judiciary proceeding to take me out of the mental hospital or I would have stayed confined for life for no medical reason and I had to abandon all my posessions including books,clothes,papers,proofs against criminals,jewels etcfor $7000(exh.74)) in Peru in my room because I was threatened of new confinement if I returned and my brother now abandoned me because Peru judges caused hm so much trouble, time out from work  so now I don't have any family.This illicit seizure 2 yr confinement to a political prison was a hostage taking,to coerce my brother,American in NY to come extradite me to the usa. kidnapping in hospital victor larco Herrera Peru was physical, mental torture,reckless endangerment,exposure,abandonment of victim,serious injuries to body and health,genocide as I was fertile(exh39 ),sabotage theft of property by judge under

color of law without due process(exh38,I wasn't mentally disabled) as judge only ruled after I was confined 2 years and Peru art 37 cst holds judiciary cant deport without executive order.I was disabled physically 2009-2015 and present actually still a full transphyxiant tear on right supraspinatus and partial tears of several left shoulder tendons,hip tears on insertions of tendons reducing me to wheelchair since over a year again(exh.216-218),cause significant pain,disability.

2017 I suffered bilateral retearing of tendons shoulders after sequestration by a Peruvian ex war marine;2018 I accumulated hole and fissuration of tendons in both shoulders from torture by 2 swiss police that found me without protection in Geneva(trying assist my disabled family members in Gva),because Peru justice dismissed wrongfully my several complaints against Swiss government,and because Peru consulate,mission,embassy refused to assist me in Gva when I indicated was tortured ,I developed ankle sprain then left leg tendon tears at hip,since then I am confined in bed and wheelchair;2019 because of both arm disability I suffered teeth fractures fissures(227) trying compensate ;all these serious personal injuries now require interventions,and medical costs I cannot pay for.I now am totally disabled and need$ to hire personal assistant(228 med.certif.indicating I depend on another person),buy motor wheelchair,money for procedures ,probable surgery,ticket plane to USA.

28      Peru armed forces (defendants 7 abuse same in their supreme court tsmp(tribunal supremo de justicia military policial) show the same conspiracy against my liberty,right to equal due process:

       -a)2001 april on,I would relate facts in Switzerland to Police in saphi

precinct ,in cusco,but police callanaupa and Pena Quispe used to refuse to investigate asking me to go to DA where all was dismissed so my pension from Switzerland remained suspended,coercing me to leave the country back to my brother in NY where I could claim SSI

-b)2006 I explained defendant 35 Coanqui charged me of infamous crimes in criminal complaint 612 2007 pe 01(exh.54,55) with def.12 judge G.Ortega Matheus,dismissed without indemnization,this happened because of fraudulent police investigations directed by Peru police precinct Tahuantinsuyu in Cusco under command of def.7 W.Pedroza ,failed to protect me against accusations by Coanqui despite I was right,in particular,sot2 police Luis Cordova Quispe signed (172)manuscript Coanqui refused to receive my petition of access to information april 11 2006 in violation of art.2 inc.20 peru constitution,but refusing to make a formal police report of this in the precinct as his commander  disagreed,thus showing from the start april 11 2006 I was innocent nevertheless Precinct chief Wilder Pedroza Ruiz def.7 refused to take this into account to arbitrarily detain handcuff me and I was tried falsely(54,55) without jury for presumptive damages  to government documents by Coanqui  (case 612 2007 pe 01); I was detained later by same precinct that refused to take my witness Edison Pano a declaration (95)against archbishop archives director marilu Amenero s. who a year later was quoted by judge,in the meanwhile police detained me wrongfully for investigation of false accusations against me opening me trial 511 2007 pe03(54,55) where district attorney ordered accusation to jail me for a year(173).I add as defendants 12:Judges of these 2 procedures Miguel Castelo Anda,and Ignacio Ortega

Mateo,and the accusing DA Victor Robert Farfan Mercado

-c)2010 nov 28 I made a complaint against all these police staff to peru supreme police court,which was received(174,text,175 seal date signed)but never answered covering up defendant ,and when 2016 I asked result of complaint,police coronel Luis O.Ramirez Arcaya (176)indicates the complaint never existed despite evidence of the seal of reception(175).One can note on p 1 of (177)several other undue process cases all dismissed robbing me that I ask Your honor reopens to indemnize me:no1 was against general E.SUCLLA F.who robbed me in time and training by refusing me permit to carry a gun aledging Peru doesn't give that to turists despite I had a national ID;no 2 was I was fairly aledging eextorsion against defendant Toledo that is now being jailed ;no3 general Diaz H.robbed me $100 when I left Peru to the US in 2005 I was fined for being an alien I was overcharged despite I had a national id;no4and next are all extorsion dismissed cases

-d)2013 to present I was denied (177)complaint by defendants 7:superior then supreme court of armed forces general julio Arce de la torre Bueno,against the police by coronels  Hugo MINAYA CHIRINOS, 24ta fiscalía militar policial,  zona judicial militar policial Cusco in emisión denial 001 of 3 5 2013 . in my complaint of  9 4 2013 ag.Julio TELLO YLLA ;ag.coronels Javier Fredy ALVAREZ GARCIA, in decision fiscal 5 2016 FSMP SO C of 19 7 2016 despite obvious the 2008 feb 28 assault battering was tentative of extrajudicial killing,never answer any complaints I make against police or military since 2010(exh 174-178);                -36-

·e)I add as defendant 7.2018 police officer s03 Lisbet AFAN QUISPE,cip 31849617 who in (77)despite interrogating arzobispal archives Humberto MORA ALMIRON,and Graciela ROMERO QUISPE,fails to establish what I recorded in (102)confesion of employees,that they deny me access to registries of people by church,only ends report "helga aledges this"performing cover up of defendants ,fraud,obstruction of criminal investigation,failing to establish I was victim of this violation of art.161 inc 2 codigo procesal constitutional peru,despite knowing she cant put allegation of plaintiff in report ,unless proving it by declaration of defendants present at investigation,leaving scene refusing to corroborate my allegations making my complaint useless.

29     Serious  personal  injuries,medical  malpractice,torture,costs  of torture,actual past and future:I need medical procedures,and reimbursments for:

·a)$1000   pain   killers   since   2008(naproxen,ibuprofen,orfenadrin,etc)· patches for rotator cuff tears(bilateral,2x $10000 );plane ticket to go back to NYC $2000 to patch and eventually operate hip since I cant walk in a year.

·b)2011-2014,2018-present:I spent 4 years in wheelchair,Peru owes me 3 $1400 round trip  to NY to get care,a motorized wheelchair in St luke hospital(exh24,42) ,another this year because Peru consulate,mission to UN,embassy 2018 denied me assistance after I was tortured and injured (full tear in right shoulder tendon,fissures in tendons in left shoulder )as I was thrown to ground in Geneva by swiss police(where I traveled 2018 unprotected because Peru government refused to investigate my 2001 and following years complaints against the swiss government,especially its doctors,  to assist my father and

brother ,Peruvians,injured by swiss medical malpractice-in exhibits,judiciary claims,appears I made a habeas corpus for ),provoking further shoulder injuries ,hip injury,ankle sprain,so that I am again in a wheelchair and in need of a new motorwheelchair because Peru denied me motorwheelchair(32,def.5 Dr.G.Alvarez;salary of a nurse as I have no strength in torn arms;hospital Peru refused   certificate of discapacity to extorsionate me more(exh75) as it opens right to $50/mo; (197)shows I had bilateral ankle sprains 10 13 2011 to 2014((16,19).

-c)because(exh104)witness shows gov.insurance refuses pay my MRIS. Peru government wanted rob me would oblige me to pay   xrays ,CT scans,ultrasounds ,magnetic resonance imaging,instead of letting me benefit through government national insurance SIS (seguro integral de salud):summer 2008 orthopedic surgeons def.6 Chuquihuayta(exh.23) and def 2 A.Quispe denied(exh.24) I had suffered the 2008 28 2 tentative extrajud.killing in courthouse,indicating I had no injuries(gov.hospital regional cusco) and dr. ortho surgery A.Zaravia Sanchez (hospital lorena)refused MRIS despite I had an undiagnosed scapular fracture revealed as I left gov.hospitals to pay in private Dr.R.SALAS to inform I had fractures(exh.6) and labral tear (7)and dec 31 2010 I had in gov.hospital INEN a gov doctor   ordered magnetic resonance image of right ankle in the  hit run(where police abandoned me)after report of a sprain(exh192) in gov hospital hipolito unanue emergency oct 15 2010 but its doctors reported falsely (exh191))I had no fractures despite I couldn't walk recklessly injuring me further telling me to walk on fractures,so  knowing I was

unable to walk and had something,I paid a private radiologist that contradicted the gov report falsely normal( private report 4 fractures 4 tears by rxlogist SILVA(exh 40 ),where he states "second opinion jan 7 2011 on image of INEN dec 31 2010 which was same image as (exh191)dr Silva works for Resocentro private (recept mris of spine exh168,169 receipt of ambulance)demonstrating government conspiracy to not inform me of injuries to cover up their responsibility for damages,obliging me to pay (see receipt jan 6 2011 8,exh.197 )this second opinion from my pocket  and refused to hospitalize me when I was alone in bed in rented room with spine fractures and tears on four limbs(obliging me to pay private Peruvians for domestic help ,for example Manuel DIAZ(exh189 ))500$,Davis DA SILVA $3000( exh 190);I developed a month later nov 2010(exh193))tears in left quadriceps,tendon adductor rectus because I was denied hospitalization after the hit run(despite I had told dr in emergency gov hospital hipolito unanue (exh192)I lived alone,shoulder bilateral tears requesting hospitalization as I couldn't be discharged at home alone,he discharged me i had to pay taxis for $1000 at least those months; church gave a wheelchair since gov hospital refused(exh32)) I couldn't move alone with my injured shoulders  with left leg,where tendon adducteur and muscle quadriceps of left leg got injured(exh33,81)) 2010-2013(exh 9)) showing constant  tears in legs,arms,and pain where I was treated at government hospital hipolito unanue(exh192));since couldn't go requests magnetic resonances,I paid 2011  2 mris spine $400(exh168))plus ambulance to take me to the center$70(exh169)) when I had spine fractures june 2011. my spine was fractured jan.2011(see(194)wrongfully dismissed complaint aledging I

was american and they weren't interested in the complaint,against an internet café I used to go to every day that several times gave me a broken plastic chair causing me to fall from chair to ground impacting spine because I couldn't use my arms and my right ankle was fractured  october 2010 in the hit and run in the context of bilateral shoulder tears,so with 3 limbs disabled and no hospitalization(see192,gov.hospital failed to hospitalize me after fractures as after treatment was external consultation on document) doctors recklessly endangered me provoking spine fractures;my right dominant arm is disabled without strength numb resting on abduction pillow sling constantly,limited in movements on daily painkillers and tendon relaxants orphenhadrine and naproxene since 2008 ;I am starred at in public for my sling pillow and disability.I constantly in room must use abduction pillow on my lap to rest elbows to be able to write on laptop and use web as my shoulders are to weak to carry arms,otherwise I cannot walk around because of pain.In 2008 for 2 years I had deep anterior pain in right front shoulder out of labral tear,pain of scapular fracture was intense.I would wake up as a knife had stabbed me when fragments moved in bed.Pain was continuous for years after 2008 beating.Same in left groin after 2010 when I started November 2010(193) develop painful disabling tendon tears in left leg trying to move my manual wheelchair,exacerbated 2011(33,81)

I lost $1400 3 more times more in 3 roundtrips to USA ,for which I became indebted to other people,2008,2009,2011,2013 for my tears,to do mris prescribed by drs(exh170,198))who didn't accept government insurance for poor SIS pays nor any responsible I aledged in emergency,no when in 2011 I was bedridden

-2)civil disorder(this assault by several people was tolerated by courthouse that just expelled them without identifiying nor making complaint;

-3)civil rights violations:conspiration by my employer(Peruvian national and private church archives)defendants to deny me constitutional and legal rights to work,get information ,education,in conspiration with all defendants named and referred to in exhibits,of justice system in Peru(11,17) criminal justice  up to all members of Peru supreme court since 2007 authors of over 30 procedures(49) I made all wrongfully dismissed through undue process,lack of procedural garantees ;deprivation of these rights under color of law; Deprivation of relief benefits since Dr R.CHUQUIHUAYTA ,orthopedic surgeon conditionned my request to disability certificate for physical injuries trauma reasons,condition to get disability benefits,to me submitting myself previously to a psychiatric examination,in order to try to restrict my freedom confine me in a mental hospital,in 2012,as demostrated later in 2014 how his colleagues locked me up against my will in a mental hospital when I was consulting in orthopedic surgery(see above FACTS item 5;obstruction of persons in the free exercise of religious beliefs by defendants church employees colaborating with justice system to dismiss complaints aledging church archives were closed to me arbitrarily since 2004;Freedom of access to clinic entrances since in FACTS 5) I demonstrated consulting in a wheelchair with sprains and tears on four limbs in hospital nacional dos de mayo I was  deviated from this hospital by defendants and government employees that forced me into ambulance

towards a mental hospital where I was injected with neuroleptics to make me

lose consciousness then administered during 2 years to overcome my resistance

to the coercitive measure,confined 2 yrs incomunicada wherein tortured,then

inconstitutionally deported which constitutes inconstitutional unreasonable

search of me by psychiatrists for purpose of seizure since I didn't have a mental

disability; Hate crime acts such as conspiration to beat me to death, discriminate

me treat me as a foreigner verbally and in written (38,46,47,83)to the public to

cover up that despite being american by birth,I am also peruvian national since

2000,to justify my killing physically (extrajudicial killing by courthouse

beating)or civily(38)shows I was confined years while processed to attempt

interdict me and put me under guardianship of mental hospital director to

disappear me inside for life and when they didn't succeed because a doctor

showed after 2 years I was not mentally disabled,they proceeded to deport me

despite I am peruvian national,in violation of art.37 of Peru constitution;hate

crimes ,agravated ,since because of my national origin,I am american in origin,

defendants hated me,kidnapped me into the mental hospital,since exhibits show

I was not mentally disabled ,to get rid of me and harm me because I am not born

´physically in Peru but in NY,they injured me by injections,medications that alter

body ,mind chemistry,debilitating it,grabbing me by force hurting me,and

injuring my reproductive system,as my ovaries aged and I am no longer regularly

menstruating,to achieve the injury of genocide .This is body injuries,a hate crime

and agravated kidnapping,because of diferent national origin

-4)conspiracy against the United States by defenders especially Peruvian government as can be seen from reports of courts that systematically dismiss me.When an offense is against an American citizen and involves jus cogens norms, the government judge must consider diplomatic protection and assume it is an offense against the government(Geneva 2000 resolution on diplomatic protection,Dugard,ILC,UN);there was solicitation by defendants CASTELLON C.and LAZO B.security guards,since they intentionally requested agressors to attempt to kill me extrajudicially

-5)Fraud,false statements:what all justice system does to me dismissing all complaints despite proofs and evidence,what defendants do with me

-6)Concealing from arrest:what justice system does with me,dismissing all complaints or kidnatpping me or attempting kill me beat tme to conceal Peruvian nationals I am trying to sue for crimes to me,and what M.ROMERO G.and other defendants like L.CHAUPIS V.,ministry of woman,when I complained to her I was beaten in courthouse etc she covers it up asking DA to lock me indefinite aledging I injure myself to cover up Peruvians that injured me.

-7)Genocide:if one considers me and potential children as a group,since 2008,defendants especially Peru government,cause genocide since by attempting kill me 2008 with serious bodily injury then such injuries with drugs,torture,kidnapping,subjecting me to conditions of life causing physical destruction imposing measures to prevent births (4 limbs plus spine fractured torn since 2008,life confinement, attempt frustrated,still confined over 2 years)

-8)attempt to commit murder(courthouse beating)

-9)kidnapping,I was unlawfully seized,confined (FACTS 5))

-10)obstruction of justice: justice system,defendants, do obstruction of criminal investigations,Retaliating against me as a victim

-11)enticement into slavery when I was kidnapped into mental hospital 2 years

-12)false declarations in court by all defendants

-13)racketeer and corrupt organisations:all the justice system,the cusco regional archives,cusco church archives,mental hospital larco herrera that confined me-

-14)sabotage  15)stolen property  16) crimes : attempt to kill, deprivation of all possessions after deportation in 2015 by judge M.YNONAN V. through undue process and false statements in court,etc..torture,cruel inhuman degrading treatment(detention years in mental hospital incommunicado with daily multiple neuroleptic treatment),serious body injury,mutilation(I have permanent disabilities like tears of bilateral tendons supraspinatus of shoulders,high grade,and tear of tendon adductor magnus of left leg groin and muscle quadriceps rectus femoris of left leg)17 )torture   18)terrorism acts with or without conspiration to kill or cause serious body injury to an American and involve violent acts or acts dangerous to human life that are a violation of the criminal laws of the United States or of any State, or that would be a criminal violation if

committed within the jurisdiction of the United States or of any State;(**B**)appear to be intended(**i**)to intimidate or coerce me to not access information of archives,renounce my property,give up my civil rights,leave the country of Peru, occur primarily outside the territorial jurisdiction of the United States, or transcend national boundaries in terms of the means by which they are accomplished, the persons they appear intended to intimidate or coerce, or the locale in which their perpetrators operate or seek asylum; assassination, or kidnapping;involve acts dangerous to human life violation ofcriminal laws of US or of any State;

-18)**Antiterrorism and effective death penalty act** should permit after categorization of Peru government as terrorist,lifting its immunity of sovereign nation,and prosecution of its entities ,punishment and indemnization for all actions against my life,health,freedom committed by Peruvian government through its justice system that is just a racketeer corrupt terrorist organization ,especially actions taken by the Cusco courthouse that attempted kill me ,the deprivation of my civil rights by peru supreme court,the kidnapping by judge M.YNONAN V.,that was covered up by justice system since it was imposible to complain,from DA to supreme court they obstruct investigations with false statements dismissals(see reports 11,17,49,93)

19)reckless endangerment,obstruction of justice;by all magistrates accused,and doctors I ntervening me in Peru,indeed art 30 of Peruvian law of health holds"the doctor that has a patient victim of injuries due to a crime must make the respective complaint to authority",nevertheless,despite I kept

complaining to doctors while consulting for my injuries that these were due to assault,hit run etc..and that I was alone and couldn't care correctly for the injuries,i was recklessly endangered and abandoned discharged from hospitals without indemnization nor protection

20)law of mental health DS 33 2015 october holds **in art 4 g)h) patients must not be coerced against their will and have right to refuse treatment at all times;in art 8 a)that hospitalization must not exceed 60 days(***"Artículo 4.- Derecho a acceder a los servicios de salud mental***g. A otorgar su consentimiento informado, libre y voluntario, sin que medie ningún mecanismo que vicie su voluntad, para el procedimiento o tratamiento indicado.h. A ser informado sobre su derecho a negarse a recibir o continuar el tratamiento y a que se le expliquen las consecuencias de esa negativa.**Artículo 8.- De las Unidades de Hospitalización de Salud Mental y Adicciones***a. La Unidad de Hospitalización de Salud Mental y Adicciones es un servicio de hospitalización de estancia breve (hasta 60 días)*

I was illegally detained 2 years,deported,robbed all posessions in rented Peru room;

21)medical malpractice:Peru doctors never applied art 30 of law 26842 to give me support for rest of my injuries that disabled my dominant arm being a single student without family,causing them to  progresively worsen,nor properly diagnosed them nor accepted to pay for MRIs or wheelchairs causing further injuries.I was never hospitalized in orthopedic surgery despite i needed hospitalization to avoid further decompensation.

22)personal injuries,disability of bilateral supraspinatus tendons,adductor

tendón of left leg,quadriceps muscle of left leg

46      As of (28,49)crimes are continuous since 2004 until now;i have constnat pain and physical disability of both arms,no right to work,Access to information in all archives conspiring with government justice system that is corrupt dismissing all complaints i make ,wrongfully,see(49)actual recent dismissals and ongoing cases supreme court 2016,7

47      Deprivation of rights under color of law,obstruction of justice ,reckless endangerment( 2008 after courthouse assault I lost use of right dominant arm being single student in Peru without help I needed from the government that disabled me in order to rest ,heal ,otherwise I was at risk for contralateral left arm decompensation tearing)was also committed by international courts with offices in NYC and the US continuously since 2009 after submitting same facts and exhaustion of remedies:

- international criminal court in the hague in 2009,but denied(151)wrongfully aledging Peru Republic didn't recognize jurisdiction for these crimes by Prosecutor MP DILLON,despite p.1 of cmplaint(152)aledged torture that is ompetence of ICC admitted by Peru and resubmitted new facts 2016 august (154),appeal to karen mosoti,icc liaison office,UN plaza NYC,never answered emails nor voicemessagesjust turns down emails calls;

-commission against torture of OHCHR and Human rights comitee registry denied(161)complaint mailed then emailed without explanation of  motives in 2010 then continuously since I have been resubmitting periodically since nov 25

2016(153),screenshot(156),fax(156),emails(157)to cat directors jens modvig,nils

melzer,sebastien touze who I spoke to in person in cusco where he gave a conference in plaza de armas 2017 feburary,refused before witnesses my package,appealing to Dominique Bush(155) ny ohchr office in un plaza who communicated with ohchr Geneva but refuses solve the matter they don't communicate with me to confirm emails fax,same by wgad leaded by jose Guevara who refuses answer phones and emails(158),urgent action(159),special rapporteur on torture;I appealed to secretary general Antonio Guterres asking reparation appointing me as independent expert in human rights(sent resume 7 languages,trained as a Doctor in medicine,2 years of human rights studies and law,postgraduate in art history,etc),even without pay ,to be able to make my accusations(nullum crimen sine lege) ,appeals are unanswered by A Guterres despite received by his office Ms.Jill Annitto emails

-iachr in wdc received the facts under complaint P563 2010 entrusted to Marta Tavares,denied communicated to me by Christina cerna(160),registry of my emails was continuously obstructed by Victor Madrigal,registering partly my emails who I met personally in Washington dc as well as Marta Tavares

## VIII EXHAUSTION OF DOMESTIC REMEDIES

48    I attach (49)report I have over 30 cases denied in peru supreme court "tribunal constitucional", as 100 procedures,denied,and 50 criminal complaints,denied,which can be seen on www.tc.gob.pe,select window"consulta de causas",type in my name in window "demandante"(plaintiff)Helga suarez

clark,click on "buscar"(search),appears all cases appealed to supreme court,at right end column is windows"detalle"(detail)and appears text of sentence,all sentences…are dismissed as attached in exhibits especially 120 ·148.

49   Against defendants on courthouse beating:(50)shows supreme court rejected   habeas corpus 1885 2009 PE 06 labeled 3634 2009 oct.5 2009 in violation                              of                              due process

2. Que la Constitución Política del Perú establece en el inciso 1), artículo 200°, que el hábeas corpus procede ante el hecho u omisión de cualquier autoridad, funcionario o persona que vulnera la libertad individual o derechos conexos.

3. Que en el caso de autos, los actos denunciados no inciden en la libertad individual, siendo que lo que busca más bien la recurrente es un resarcimiento económico, ordenándose a los demandados que asuman los gastos médicos generados como consecuencia de las lesiones sufridas, por lo que resulta de aplicación la causal de improcedencia prevista en el artículo 5°, inciso 1, del Código Procesal Constitucional, según la cual la demanda será declarada improcedente cuando *su petitorio no esté referido directamente al ámbito constitucionalmente protegido de los derechos invocados.*

Fraudulent because Peruvian constitution art.200 inc.1 Son garantías constitucionales:1La Acción de Hábeas Corpus, que procede ante el hecho u omisión, por parte de cualquier autoridad, funcionario o persona, que vulnera o amenaza  la  libertad  individual  o  los  derechos  constitucionales conexos.affirming,because my complaint is not alledging a violation of my liberty it is not receivable,despite the quoted law that holds it may be receivable if it aledges  a  violation  of  RELATED  RIGHTS¨,and  peru  codigo  procesal constitucional  holds *(Artículo 25.· Derechos protegidos, Procede el hábeas corpus*

*ante la acción u omisión que amenace o vulnere los siguientes derechos que, enunciativamente, conforman la libertad individual:1)   La integridad personal, y el derecho a no ser sometido a tortura o tratos inhumanos o humillantes, ni violentado para obtener declaraciones.También procede el hábeas corpus en defensa de los derechos constitucionales conexos con la libertad individual, especialmente cuando se trata del debido proceso y la inviolabilidad del domicilio.)art 25 protected rights procedes habeas corpus when an aciton or omisión threatens or violates foll.rights conforming individual freedom 1)personal integrity,and right to not be tortured or treated inhumanly or humiliated nor obliged to give declarations.also in defense of constitutional rights related to individual freedom especially about due process and inviolability of residence-*

-50   I was complaining security guards declared hated me had enmity but still remained on staff at entry of justice palace and since events of assault demostrated they refused to prevent crimes against me ,they constituted an imminent threat to me if not removed,in the future by their actions and omissions so that my habeas corpus was receivable,nevertheless supreme court dismissed it fraudulently.

-51   District attorney Investigation of my injuries and murder attempts is systematically denied in violation of due process despite proofs and witnesses attached, denied by all appeal district attorneys :(14)is denial of complaint by Nilo PARAVICINO ALARCON ,(16)denial of appeal by Griselda VENERO DE

MONTEAGUDO,sentence 225 2009 1fppc sept 24 2009.

-52      Supreme court justice is futile conspiration against the United states(as well as all justice system)co as can be also seen in 2 constitutional petitions of habeas data,for access to information of both main archives in Cusco,regional archive and archbishop archive, I made against their responsables M.ROMERO G.and Calixto COANQUI Q.,and others under case nb(see report (93) 2217 2006 and  2025 2009,both rejected in supreme court under sentences (52,53)on false arguments:on first,that I hadn't enclosed copy of my requests to both archives to  access their information,which is absurd, of the petition in its dismissed file(58)so it is actually present,on the second,supreme court falsely sentences requesting lector card ID for archives has no relation to accessing information,on the contrary,the rules of archives I attached to request(59)showed only way to access archives is request lector card ID,so sentence was absurd fraudulent deviation of finality.Also in same (53)habeas data against church , In sentences of supreme court 3406 2012(53)judges falsely quote it doesn't work against church so I cant sue them because they are private Vatican entity ,but it's a lie to cover up,indeed,art 61 inc2 codigo procesal constitutional indicates it applies also to any private entity as long as it holds personal or family info of the plaintiff(in my case,my dad is born in cusco so his family has all its info like birth certificates in there so they cant deny me access because its my family info),and,peru state signed congress decreto legislative DL 23211 that holds,it approves agreement between catholic church and peru gov wherein in art 2 church is said to have "juridic personality of public character"thus they designate

the church as public in relation to Peruvian citizens

53      The justice system in Peru persecutes through undue process,the action I just described of torture and tentative of extrajudicial execution,discriminates for reasons of nationality,especially for me,thus is futile so I cant be requested do more procedures as of reports of criminal,judicial,and supreme court procedures(11,17,49,93)since prosecutors and judges just slander me a foreigner despite I had acquired  Peruvian nationality(37)to perform enforced disappearance under color of law(38,47,48,51 all sentences in which I am designated as swiss citizen,resident in USA,omitting explicity my Peruvian nationality)

54      I showed above(V.4 c)how Peru supreme court(civil)indulged (122,123)in fraud,fining me $1000 just for having requested a court appointed counsel...demonstrating the futility of the courts,thus exhausted

## IX  REQUEST FOR EQUITABLE TOLLING,NO LIMITATION,EXT.TIME

55      There are reasons to toll the statute of limitations:.

-1.under CPLR NY 208,the insanity toll:I was falsely slandered 2014-2015(exh.47,48,36,38)as mentally incompetent and paranoid (a Peru government doctor referred me having delusions as I provided Security report courthouse attempted kill me in my back and false claims,Peru supreme court undue process etc,, , to cover up responsibility of the government for really trying to kill me)by defendants8, 25-27,33,34 ,to kidnap me and put me in a political prison for life,in Peru mental hospital Victor Larco Herrera,where I stayed incomunicada almost 2

years(exh.38) from February 17 2014 until November 5 2015 ,when discharged I was then inconstitutionnaly deported by order of Peru judge to Ny where I arrived November 10 2015(exh 51,lawyer declaration,exh.47,48,defendant 8).Final diagnosis nov 2015 was post traumatic stress schizotypic disorder ,so was unable to file(art.124 B peru penal code"more injuries one has,greater the psychical damage) during those 2 years I was locked incomunicada;American social security system refers bipolar disorder uplifted after torture by swiss government 1988 on;swiss doctors refer me as being mentally incompetent since 1988(exh.229)

-2. See Dixon v. United States, 1999 U.S. App. LEXIS 13215 (10th Cir. Okla. 1999;," a person is not required to sue within the statutory period if he cannot in the circumstances reasonably be expected to do so": 2008 to present I am totally physically disabled especially without normal use of arms because of tears after courthouse beating 2008,unable to write,2010-2014 then 2018 –present in wheelchair because of constant sprains after the hit run fractures when I was abandoned by Peru justice system;3 months in bed because of spine fractures,another month hospitalized in Geneva june 2018 after swiss police Alexandre PALMA threw me on floor,again invalid in bed and wheelchair since. thus  the statutory limitation of prescription must be tolled  for at least 2 years duration of my confinement to Psychiatric hospital victor larco Herrera,then during my hospitalization in Geneva august 2018 for a month,and all the time I am physically invalid since 2008;I am in bed rest now because of hip labral tear and intolerable pain I try control with Opioids and orfenadrin etcafter Gva

torture 2018I was in the US with SSI for mental disease 2002-2004,2009-2012,so these periods can be tolled also.

-3.18 USC S.3286 b)orders no limitation of statute of limitations for certain terrorism offenses(Notwithstanding any other law, an indictment may be found or an information instituted at any time without limitation for any offense listed in section 2332b(g)(5)(B), if the commission of such offense resulted in, or created a forseeable [1] risk of, death or serious bodily injury to another person: (5)the term "Federal crime of terrorism" means an offense that (B)is a violation of(i)956(a)(1),relating to conspiracy to murder, kidnap, or maim persons abroad), 1116 (relating to murder or manslaughter of internationally protected,1203 (relating to hostage taking), 2332 (relating to certain homicides and other violence against United States nationals occurring outside of the United States), 2332b (relating to acts of terrorism transcending national boundaries), 2339A (relating to providing material support to terrorists), 2339B (relating to providing material support to terrorist organizations), 2339C (relating to financing of terrorism), 2339D (relating to military-type training from a foreign terrorist organization), or 2340A (relating to torture) of this title.I showed hereabove that Peru Republic committee these offenses against my person so there shouldn't be limitations to prosecution.I am an internationally protected person,since I receive a small pension from the UNJSPF for diplomatic work of my father at the time I became disabled .

-4. _Irwin v. Department of Veterans Affairs_, 498 U.S. 89 (1990)

( Federal judiciary of the United States had "allowed equitable tolling in situations where the claimant has actively pursued his judicial remedies by filing a defective pleading during the statutory period, or where the complainant has been induced or tricked by his adversary's misconduct into allowing the filing deadline to pass):

February 26 2018 I filed first this action under docket 18-01740in nysd,transferred to DC under docket 18 1460 ,on appeal then writ a certiorari to Supreme court under docket 19 5373 until oct.10 case rejected,that was dismissed without prejudice by DC circuit for formalities.Also I was tricked by the dpt of state to entrust him my claims just to let statutes run for nothing, since 2017 by Matthew Olmstedt,legal adviser ,dpt of state,that promised me he was analyzing my case in International claims,then after 2 yrs without response he emails me not interested*("Olmsted. Matthew L <OlmstedML@state.gov>Thu 10/5/2017 10:01 AM Dear Ms. Suarez, We are in the process of reviewing the information you have sent us and hope to get back to you in the coming weeks. In the meantime, if we have any additional questions, we will send them via email.Best regards.Matthew OlmstedAttorney-AdviserInternational Claims and Investment Disputes.Olmsted, Matthew L <OlmstedML@state.gov>Fri 9/6/2019 11:20 AM.Dear Ms. Suarez,Thank you for checking in with us about the status of your inquiries. I would first like to apologize for the length of time it has taken to get back to you. You sent us quite a bit of material, and we needed additional time to examine it carefully. Having now completed our review, I regret to inform you that we will not be able assist you with the matters that you have

*brought to our attention.   Yours sincerely,Matthew Olmsted*")

## X EXHIBITS

1,2,3 :6 pictures 1st flr courthouse Cusco,Avda Sol

4 march 19 2009 security report P.TAMAYO V.

5 ultrasound 05/26/2008 Dr D MONGE

6 Xray Dr.R.SALAS 06/11/2008

7 MRI HSS 11/21/2008 p.2

8  medical litterature on scapular glenoid fractures

9 ultrasound D.MONGE C march 2013

10 police report hit run 04/24/2012

11 criminal complaints report I (13pp)

12 DA resolution stamped feb 28 2008 by M:ROJAS E.

13 Sworn witness by Yanet ORUE M.

14 Denial of complaint by N.PARAVICINO A feb 20 2009(2pp)

15 Denial of appeal on it by G.VENERO de MONTEAGUDO(4pp)

16 ultrasound right ankle 2014

17 report of criminal complaints II(15 pp)

18 DA decisión 441 2009 MP TFPPC FN 07/13/2009

19   ultrasound left ankle 2014        -99-

20 TC sentence Castellon no 3634 2009 3pp

21 Declaration Castellon to DA(2pp,first page 2 copies for better legibility)

22 Declaration Lazo to DA(1 p)

23 Treatment plan R.Chuquihuayta 2008

24 Xray report Dr A Caceres Q,Dr D.Monge C

25 Slap lesiones 2pp

26 St Luke MRI 2009

27 HospitalFAP mri 2010

28 ultrasounds bilateral shoulders july 22 2017

29 Sworn witness 3/6/2017 R.NARVAEZ L

30 emergency calls 10/15/2010

31 CT scan Hospital 2 de mayo 1/19/2011

32 card 6 2011 Dr G ALVAREZ B

33 ultrasound 3/3/2011 Dr V Castellanos

34 NYS prescription battery for wheelchair

35 1/12/2017 police report

36 jan 31 2016 statement H.SUAREZ

37 NID H.Suarez                    -100-

38  Sentence 30 9/19/2015 8pp

39 Med certificate Dr.Cornejo Ortiz

40 MRI report 1/7/2011 Dr E.SILVA

41 Oficio 748 2012 MTC sept 4 2012 Mateo Yataco

42 NYS prescription SIUHospital mechanical scooter

43 medical certificate Dr A ZARAVIA S.

44 MRI R.ankle Roosevelt hospital 12/14/2011

45 ultrasound right ankle dec 2012

46 MRI r.ankle MSRadiology 2013 2pp

47 Declaration L.E.CHAUPIS V. 3/6/2014  2pp

48 Complaint DA M.Vereau A. 3PP   3/21/2014

49 Report cases in  constitutional tribunal  3pp

50 10/23/2012 letter  pólice A.GOMEZ MENA

51 2/9/2016 letter 47/2016 attorney H.Castro hosp Larco herrera

52 TC sentence 427 2008 PHD TC feb 28 2008

53 tc sentence 3406 2012 PHD TC july 1 2013 3pp

54 sentence 5 of 11 15 2007 case 511 2007 PE 3   3pp

55 sentence  43 1 30 2008 case 612 2007 PE 01 2pp

56 card 2006 Mariangeles ROMERO GUEVARA

57 card 13 2009 AL AC may 4 2009 M0ROMERO G.

58 2217 2008 case location of document requesting information and document

59rules of archive of archbishop

60 us Passport and NYC birth certificate

61 Robert Martin recomendation letter csla U may 21 2008

62 G Zecenarro april 1 2009 letter unsaac U

63 birth certificate Felix Humberto Suarez sealed by archive archbishop

64 appeal to chancellor no 3569  nov 3 2016 2pp

65 Request information to A.Urrutia no 3726 dec 13 2017 2pp

66 Request temp hospitalization in orthop surgery H2DM feb 2014 2pp

67 request information to archbishop 11 20 2016

68 3/2/2008 security report R:LAZO

69 march 2008 painkillers purchase

70 24/8/2008 Dr.Astete diagnosis scapular muscular contracture

71 constancy july 15 2008 belenpampa health center cusco

72 Comandant D.CASTILLO A. card 1189  may 2 2008

73 DA notification to appear feb 29 2008 1030 am

74 10 6 2016 deposit statement by Acurrio V

75 request certificate of discapacity  june 18 2012 case nb 5042

76 appeal feb 2 9 2008 to DA case 8

77 police report dec 19 2017

78 government defensor act april 2 2014 2pp

79 health ministry answer case 5042 2012

80 diagnosis schizotypical personality march 2014 dr.

81 ultrasound 3 3 2011 left quadriceps muscle tear

82 card 492 2014 people defensor 2pp

83 Gisella VARGAS CAJAHUANCA email 4 16 2016

84 HSBC credit card of Humbert s.clark nov 4-10 2015

85Dr Raul SALAS hospital regional cusco referral to lima hospital rebagliati

86 2014 eval.hosp. hipolito u.with my residence in CS ChacarillaSanJuanL

87 2006 request of access to information to COANQUI,Archivo regional cusco

88 2006 "          "          archbishop,archive arzobispal cusco

89printout case 2217 2006 habeas data ag.M.ROMERO,C,COANQUI

90 Clin. history ER,dr.P. J.LECAROS MORALES 2pp,hosp larco herrera

91 2014 neuroleptics administered by Dr.A.TORRES O.etc,hospital larco Herrera

92 oct 10 2016 card J.CHACON M.archives partial authorization

93 report of judicial procedures  6pp

94 request renew archives authorization card  2 21 2007 with denial Mr.ALVARO

95 sworn witness Edison Pano Ancasi

96 death registry may 18 1971 h,s,a,

97   6 27 2006 pension statement Switzerland

98 rental contract with owner maria e acurio v

99 swiss civil registry 1997 e,rais

100 un legitimation card 12713

101 western union payment rent 2014

102 cd with video and 3 recordings

103 birth certificate cancelled in Peru consulate Geneva

104 Sworn witness D:DA SILVA Government insurance Peru refuses pay MRIs

105 Of.38 2017 Unsaac signed J.escobar august 14 2017

106 Complaint against Swiss insurance 2001 in DA peru(3pp)

107 ,108 Sentence Peru Appeal DA F.Tupayachi P. oct 2001, Same,p.2

109 sentence nov 12 2004 attorney general N.Calderon N.

110,111 april 29 2002 appeal against Peru Superior DA to supreme DA,

     Denial of it april 29 2003 by supreme DA M.A.CACERES CHAVEZ

112 2014 Of.775 2014 GR  Luis Torres C.

113 june 6 2006 payment order of pension from Switzerland

114 sept 30 2004 swiss sentence of s ocial insurance(3pp)

115 9 18 1989 SSA application Pasadena,LA,CA

116 work experience Geneva on ssa form 1989

117 161 denial of registry ohchr 03 31 2010

118 Denial appeal 393 2016 by DA superior C.PEREZ(3pp)

119 nov 18 2004 reception seal on complaint against supreme DA

120 supr court denial 1727 2017 3pp

121 p1 of action 1534 2012 ci 04

122 supreme court of justice permanent civil auditorium case 833 2013

123 un leg card 1989

124reniec card 77 2010 auguste 5 2010 4pp

125 5 21 2006 signature of Trinidad ccopa quispe

126 april 17 2006 oficio 97 2006 arc c.coanqui q.

127 sept 21 2004 card marilu amenero s.

128 exp 4483 2013 PHD TC aug 13 2014 2pp

129 exp 2719 2007 PHD TC march 28 2010 3pp

130 denial appeal 49 2017 mp 2fspa cusco feb 17 2017 4pp

131 complaint da oct 11 2004 ag archidioscese

132 handwritten statements of Trinidad ccopa quispe

133 exp 254 2008 PA TC aug 25 2008 3pp

134 exp 253 2008 pa tc sept 16 2008 3pp

135 exp 733 2007 phc tc march 30 2007 2pp

136 exp 843 2007 pc tc 2pp

137 exp 1836 2010 aug 24 2010 3pp

138 exp 2516 2007 phctc nov 30 2007 2pp

139 5 2008 pa tc sept 16 2008 3pp

135 exp 733 2007 phc tc march 30 2007 2pp

136 exp 843 2007 pc tc nov 9 2007 2pp

137 exp 1836 2010 PHD/TC aug 24 2010 3pp

138 exp 2516 2007 phc tc nov 30 2007 2pp

139 exp 2719 2007 phd tc march 28 2010 3pp

140 exp 3338 2012 PA TC oct 22 2012 3pp

141 exp 4030 2007 phc tc oct 4 2007 2pp

142 exp 4483 2013 phd tc aug 13 2014 2pp

143 exp 6649 2006 Pa tc april 12 2007  4pp

144 exp 5169 2007 oct25 2007 2pp

145 exfp 5917 2006 phc tc march 12 2007

146 exp 50172011 phc tc jan 31 2012 3pp

147 exp 8244 2006phc tc april 13  2pp 2007

148 exp 7936 2013 pa tc april 7 2015 3pp

149 Aug 9 2018 medical certificate Dr A-C-Arnoult gva

150

151 denial of complaint MP DILLON 2009 ICC

152 p1 of complaint 2009 to icc

153 emails ICC OHCHR 2016 facts 2016 august 4pp

154 emails to karen mosoti,icc liaison office un plaza nyc

155 email Dominique bush 2017

156 fax to icc,ohchr

157emails to cat directors jens modvig,nils melzer 2pp

158,159 emails to wgad 2pp,urgent action 2017

160 denial P 563 2010 by Christina cerna iachr

161 june 2017 fax to Geneva ohchr ok report

162 june 2017 fax to Geneva

165 note dec 15 2017 DA evelyne m.ramos Mauricio

166 complaint 407 2016 denial appeal nov 10 2017 DA Almanza altamirano(5pp)

167 march 27 2017 receipt hospital fap

168 june 21 2011 receipt resocentro

169 clave 5 ambulance receipt 200 soles

170 march 14 2013 medical report hospital Antonio lorena

171 11 march 2011 request magnetic resonances hospital hipolito

172 statement manuscript luis cordova quispe sot2 pnp

173 accusatory sentence 43 07 DA victor farfan Mercado  2pp

174 fiscal military policial de turno tsmp 11 28 2010 6pp

175 dec 11 2010 seal of reception tsmp

176 oficio 188 2017 march 30 2017 2pp

177 note 1514 2017 ict 5 2017 denial by general arce de la torre Bueno 5pp

178 note 217711 year 2000 unsaac by moscoso Salazar

179 art 34 rules of registration unsaac

180 sentence 46 july 23 2013 case 1865 2012

181 discrimination newspaper note

182 newspaper el comercio note on inti raymi

183 police report august 2013

184 Patricia lazanski declaration about me college email

185 congress report of complaints 3pp

186 declaration on disappearance of case in congress

187 2017 constitutional complaint in congress

188 constitutional complaint 430 2pp

189 Manuel DIAZ certified I paid him domestic help with injuries 500$

190 Davis DA SILVA C. acknowledges I paid him $3000 for domestic help with

191 INEN hospital report on magnetic resonance image right ankle dec 31 2010

192 emergency report of right ankle sprain 10 15 2010 hospital hipolito unanue

193 nov 2010 tears in left quadriceps leg muscle and infections for fall on pelvis

194 sentence 192 2011 habeas corpus lima resolution 2 2 24 2011

195 Peru actualized amplied report judicial procedures 2016-2018(8pp)rec 03 20

196 Dr Giannaris 10 13 2011 left ankle sprain

197 jan 6 2011 receipt for second opinion resocentro

198 march 19 2010 orders hospital loayza dr.Paredes

199 bilateral ankle sprains june 2012

200 police report 3 24  2018        -109-

201  july 11 2002 jamaica hospital NY discharge report

202 02 19 2017 ambulance report

203 cuerpo  de bomberos peru jan 30 2018 report

204 samu april 4 report

205 mri report  right shoulder 2013 2pp

206 mri report left shoulder 2013 2pp

207 hospital loayza may 21 2017 emergency report shoulders

208 mri report hospital 2 de mayo 2017 aug 22 2017

209 july 20 2017 bilateral ultrasound shoulders hosp loayza

210 cd recordings 2017

211 mri report left shoulder jan 28 2010 and second opinion dr.silva

212 lock break report lennox hill house dec 1 2010

213 sworn witness oct 24 2012 JDDios Garcia

214 omaped aug 16 2012

215 city government cusco july 30 2012 request

216,217 MRI reports s right and left shoulder 6 15 2018 Geneva

218 Ultrasound sept 5 2018 Dr.Bruno Marchand

219 MRi right ankle ligament tears sept.2018

220 Denial of motorwheelchair by Swiss government march 2019

221Dismissal,appeal case 642 2019,no74-2019-1FSPA-MPFN

222 Ultrasound may 2019 tears all tendons shouldersDr.J.L..

223 Dismissal appeal case 3868 2017 ,no88-2019 MP 3FSPA, 3 29 2019

224 august 2018 swiss medical certificate Dr.Arnoult

225 FBI proof of filing 2008 agent Strauss

226 april 2019 denial by FBI wdc ipu

227 tooth fractures fissures2019

228 disability certificate Peru hospital 2019

229 swiss medical certificate august 16 2018

## XI.PRAYER FOR RELIEF

56    Claim parr.5: reinstatement of my cancelled birth certificate in Peru
consulate with inscription date at 1966 instead of 1998;change of inscription date
of my DNI(national id.nb)in Peru from 1998 to 1966

57    Claim parr.6:title of judge honoris causa in Peru with assistance for
execution,if denial of Peru police,private police forces I would accept;sentence to
resign all staff 1-38 in caption and cited in exh11,17,49,83 and other gov staff
related; security force of my choice to go to places of former conflicts;

Immunity from orders and obligations  ,to  Peru Republic and defendants

58      Claim parr. 7:amendment of birth certificates in the US of Y,Z withdrawing my names,sealing original birth certificates giving to X,Y,Z  birth

certificates stating"original birth certificates subject to revalidation if Y,Z  return under my custody or reunite with X and me (art.174 peru penal code:no legal consent under detention)

59      Claim parr.8,9,11,12: monetary damages for offenses(parr.14);  ask UN to answer repeated emails calls asking appointment as independent expert in human rights;ask IACHR,nomination as independent expert

60      Claim parr.10:issuance of lector ID for  Cusco archivo arzobispal and parishes of Peru and Cusco archivo regional of unlimited duration validity with future exemption of necessity to present new recommendation letters as condition for renewal given numerous letters unused because of injuries 2008-2018

61      Claim parr.11:indemnization for abovementionned past costs; automatic recognition of swiss and american studies;revalidation of swiss college degree as equivalent to peru college and 1st yr university;acceptance to Peru doctoral thesis program in chosen field of major;

62      Compensatory,punitive and exemplary monetary damages $200 Million (punitive and compensative)

63      Reasonable legal research fees, costs, and expenses  and

64      Such other and further relief as the court may deem just and proper.

Cusco ,october 25 2019

Exhibits 1-228

Helga SUAREZ CLARK

21-F,Psje los rosales

Urb.Mariscal Gamarra

Cusco08002 PERU

suarezhelga@yahoo.com

tel.01151992658883

**CIVIL COVER SHEET**

JS-44 (Rev. 6/17 DC)

---

**I. (a) PLAINTIFFS**

HELGA SUAREZ CLARK

**(b) COUNTY OF RESIDENCE OF FIRST LISTED PLAINTIFF** QUEENS, NY
(EXCEPT IN U.S. PLAINTIFF CASES)

**(c) ATTORNEYS (FIRM NAME, ADDRESS, AND TELEPHONE NUMBER)**

**DEFENDANTS**
- PERU REPUBLIC
- J. MODVIG AND CAT (ETC)
- M. TAVARES AND IACHR (ETC)
- M.P. DILLON

**COUNTY OF RESIDENCE OF FIRST LISTED DEFENDANT** W.D.C
(IN U.S. PLAINTIFF CASES ONLY)

Case: 1:19-cv-03349
Assigned To : Unassigned
Assign. Date : 11/6/2019
Description: Pro Se Gen. Civ. (F-DECK)

---

**II. BASIS OF JURISDICTION**
(PLACE AN x IN ONE BOX ONLY)

- ○ 1 U.S. Government Plaintiff
- ⊗ 3 Federal Question (U.S. Government Not a Party)
- ○ 2 U.S. Government Defendant
- ○ 4 Diversity (Indicate Citizenship of Parties in item III)

**III. CITIZENSHIP OF PRINCIPAL PARTIES** (PLACE AN x IN ONE BOX FOR PLAINTIFF AND ONE BOX FOR DEFENDANT) **FOR DIVERSITY CASES ONLY!**

| | PTF | DFT | | PTF | DFT |
|---|---|---|---|---|---|
| Citizen of this State | ○ 1 | ○ 1 | Incorporated or Principal Place of Business in This State | ○ 4 | ○ 4 |
| Citizen of Another State | ○ 2 | ○ 2 | Incorporated and Principal Place of Business in Another State | ○ 5 | ○ 5 |
| Citizen or Subject of a Foreign Country | ○ 3 | ○ 3 | Foreign Nation | ○ 6 | ○ 6 |

---

**IV. CASE ASSIGNMENT AND NATURE OF SUIT**
**(Place an X in one category, A-N, that best represents your Cause of Action and one in a corresponding Nature of Suit)**

○ **A.  Antitrust**

- ☐ 410 Antitrust

⊗ **B.  Personal Injury/ Malpractice**

- ☐ 310 Airplane
- ☐ 315 Airplane Product Liability
- ☐ 320 Assault, Libel & Slander
- ☐ 330 Federal Employers Liability
- ☐ 340 Marine
- ☐ 345 Marine Product Liability
- ☐ 350 Motor Vehicle
- ☐ 355 Motor Vehicle Product Liability
- ☒ 360 Other Personal Injury
- ☐ 362 Medical Malpractice
- ☐ 365 Product Liability
- ☐ 367 Health Care/Pharmaceutical Personal Injury Product Liability
- ☐ 368 Asbestos Product Liability

○ **C.  Administrative Agency Review**

- ☐ 151 Medicare Act

**Social Security**
- ☐ 861 HIA (1395ff)
- ☐ 862 Black Lung (923)
- ☐ 863 DIWC/DIWW (405(g))
- ☐ 864 SSID Title XVI
- ☐ 865 RSI (405(g))

**Other Statutes**
- ☐ 891 Agricultural Acts
- ☐ 893 Environmental Matters
- ☐ 890 Other Statutory Actions (If Administrative Agency is Involved)

○ **D.  Temporary Restraining Order/Preliminary Injunction**

Any nature of suit from any category may be selected for this category of case assignment.

*(If Antitrust, then A governs)*

---

○ **E.  General Civil (Other)**          **OR**          ⊗ **F.  Pro Se General Civil**

**Real Property**
- ☐ 210 Land Condemnation
- ☐ 220 Foreclosure
- ☐ 230 Rent, Lease & Ejectment
- ☐ 240 Torts to Land
- ☐ 245 Tort Product Liability
- ☐ 290 All Other Real Property

**Personal Property**
- ☐ 370 Other Fraud
- ☐ 371 Truth in Lending
- ☐ 380 Other Personal Property Damage
- ☐ 385 Property Damage Product Liability

**Bankruptcy**
- ☐ 422 Appeal 27 USC 158
- ☐ 423 Withdrawal 28 USC 157

**Prisoner Petitions**
- ☐ 535 Death Penalty
- ☐ 540 Mandamus & Other
- ☐ 550 Civil Rights
- ☐ 555 Prison Conditions
- ☐ 560 Civil Detainee – Conditions of Confinement

**Property Rights**
- ☐ 820 Copyrights
- ☐ 830 Patent
- ☐ 835 Patent – Abbreviated New Drug Application
- ☐ 840 Trademark

**Federal Tax Suits**
- ☐ 870 Taxes (US plaintiff or defendant)
- ☐ 871 IRS-Third Party 26 USC 7609

**Forfeiture/Penalty**
- ☐ 625 Drug Related Seizure of Property 21 USC 881
- ☐ 690 Other

**Other Statutes**
- ☐ 375 False Claims Act
- ☐ 376 Qui Tam (31 USC 3729(a))
- ☐ 400 State Reapportionment
- ☐ 430 Banks & Banking
- ☐ 450 Commerce/ICC Rates/etc.
- ☐ 460 Deportation

- ☐ 462 Naturalization Application
- ☐ 465 Other Immigration Actions
- ☐ 470 Racketeer Influenced & Corrupt Organization
- ☐ 480 Consumer Credit
- ☐ 490 Cable/Satellite TV
- ☐ 850 Securities/Commodities/ Exchange
- ☐ 896 Arbitration
- ☐ 899 Administrative Procedure Act/Review or Appeal of Agency Decision
- ☐ 950 Constitutionality of State Statutes
- ☐ 890 Other Statutory Actions (if not administrative agency review or Privacy Act)

RECEIVED
Mail Room

NOV - 6 2019

Angela D. Caesar, Clerk of Court

| ○ G. *Habeas Corpus/ 2255* | ○ H. *Employment Discrimination* | ○ I. *FOIA/Privacy Act* | ○ J. *Student Loan* |
|---|---|---|---|
| ☐ 530 Habeas Corpus – General<br>☐ 510 Motion/Vacate Sentence<br>☐ 463 Habeas Corpus – Alien Detainee | ☐ 442 Civil Rights – Employment (criteria: race, gender/sex, national origin, discrimination, disability, age, religion, retaliation)<br><br>*(If pro se, select this deck)* | ☐ 895 Freedom of Information Act<br>☐ 890 Other Statutory Actions (if Privacy Act)<br><br>*(If pro se, select this deck)* | ☐ 152 Recovery of Defaulted Student Loan (excluding veterans) |
| ○ K. *Labor/ERISA (non-employment)* | ⊗ L. *Other Civil Rights (non-employment)* | ○ M. *Contract* | ○ N. *Three-Judge Court* |
| ☐ 710 Fair Labor Standards Act<br>☐ 720 Labor/Mgmt. Relations<br>☐ 740 Labor Railway Act<br>☐ 751 Family and Medical Leave Act<br>☐ 790 Other Labor Litigation<br>☐ 791 Empl. Ret. Inc. Security Act | ☐ 441 Voting (if not Voting Rights Act)<br>☐ 443 Housing/Accommodations<br>☒ 440 Other Civil Rights<br>☐ 445 Americans w/Disabilities – Employment<br>☐ 446 Americans w/Disabilities – Other<br>☐ 448 Education | ☐ 110 Insurance<br>☐ 120 Marine<br>☐ 130 Miller Act<br>☐ 140 Negotiable Instrument<br>☐ 150 Recovery of Overpayment & Enforcement of Judgment<br>☐ 153 Recovery of Overpayment of Veteran's Benefits<br>☐ 160 Stockholder's Suits<br>☐ 190 Other Contracts<br>☐ 195 Contract Product Liability<br>☐ 196 Franchise | ☐ 441 Civil Rights – Voting (if Voting Rights Act) |

**V. ORIGIN**

⊗ 1 Original Proceeding   ○ 2 Removed from State Court   ○ 3 Remanded from Appellate Court   ○ 4 Reinstated or Reopened   ○ 5 Transferred from another district (specify)   ○ 6 Multi-district Litigation   ○ 7 Appeal to District Judge from Mag. Judge   ○ 8 Multi-district Litigation – Direct File

**VI. CAUSE OF ACTION (CITE THE U.S. CIVIL STATUTE UNDER WHICH YOU ARE FILING AND WRITE A BRIEF STATEMENT OF CAUSE.)**
Title 28 U.S.C. §1605A and TVPA | I am victim of Terrorist Activity and Torture

| **VII. REQUESTED IN COMPLAINT** | CHECK IF THIS IS A CLASS ACTION UNDER F.R.C.P. 23   No | DEMAND $200 million<br>JURY DEMAND: No | Check YES only if demanded in complaint<br>YES ☐   NO ☒ |
|---|---|---|---|

| **VIII. RELATED CASE(S) IF ANY** | (See instruction) | YES ☐   NO ☒ | If yes, please complete related case form |
|---|---|---|---|

DATE: Oct. 25 2019   SIGNATURE OF ATTORNEY OF RECORD   Helga Gourier Clauser (Pro Se)

---

**INSTRUCTIONS FOR COMPLETING CIVIL COVER SHEET JS-44**
**Authority for Civil Cover Sheet**

The JS-44 civil cover sheet and the information contained herein neither replaces nor supplements the filings and services of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. Consequently, a civil cover sheet is submitted to the Clerk of Court for each civil complaint filed. Listed below are tips for completing the civil cover sheet. These tips coincide with the Roman Numerals on the cover sheet.

I.  COUNTY OF RESIDENCE OF FIRST LISTED PLAINTIFF/DEFENDANT (b) County of residence: Use 11001 to indicate plaintiff if resident of Washington, DC, 88888 if plaintiff is resident of United States but not Washington, DC, and 99999 if plaintiff is outside the United States.

III. CITIZENSHIP OF PRINCIPAL PARTIES: This section is completed only if diversity of citizenship was selected as the Basis of Jurisdiction under Section II.

IV.  CASE ASSIGNMENT AND NATURE OF SUIT: The assignment of a judge to your case will depend on the category you select that best represents the primary cause of action found in your complaint. You may select only one category. You must also select one corresponding nature of suit found under the category of the case.

VI.  CAUSE OF ACTION: Cite the U.S. Civil Statute under which you are filing and write a brief statement of the primary cause.

VIII. RELATED CASE(S), IF ANY: If you indicated that there is a related case, you must complete a related case form, which may be obtained from the Clerk's Office.

Because of the need for accurate and complete information, you should ensure the accuracy of the information provided prior to signing the form.

march 2011 –june 2011(exh171)obliging me to do them on my own as I couldn't move to the hospital;I was denied coverage by gov hospital loayza lima(exh199))2mris left shoulder and hemithorax in 2010 which I was coerced pay to hospital fap(exh167))for $400;since 2018 june doctors prescribe a electric wheelchair for me but Peru justice by denying and on appeal my case for torture by Swiss gov,case 642 2019(exh.220-223,superior DA Walter BECERRA H.def.11)illegally coerce me ask my brother $1500pls shipping for the chair.Peru government hospital regional cusco issued me a severe disability certificate 2019 in which it states I am dependent on another person(228)nevertheless doesn't pay me any disability pension nor designate a person to compensate for my disability knowing I am alone,which provoked September 2019 teeth fractures and fissures(227)which may result in further morbidity/mortality because of upcoming procedures.I have tendons and hip injuries since 2018 that may also need surgery as I still cant walk and constant pain.

30   2004-present:Denial of civil rights to justice in violation of freedom of information,right to work,discrimination in Cusco,Peru 2 main archives hereafter a,b,abuse of authority severe mental anguish torture by defendants 11,21-25,28-32,38:professional graduate in art history from US(CSLA university),enrolled for thesis in history in UNSAAC university,with many recommendation letters (exh61,62)from universities to get lector authorization cards and work in Cusco archives(whose rules(exh59)are simply anyone with a recommendation letter can get a lector ID to access all information),nevertheless to me is denied since 15 years the lector ID by Peruvian agents and gov employees:

-a.<u>Archivo arzobispal(church archives)and parishes</u>:(see decreto legislative 23211 Peru gov,agreement Peru gov-catholic church) employees of Cuzco archdioscese MSR archbischops since 2004(1st Juan UGARTE PEREZ,now Richard ALARCON URRUTIA),legal advisers archdioscese 1st 2004 def.32 Rocio ZEVALLOS HUAYHUA,since 2006 Mariangeles ROMERO GUEVARA,archdioscese chancellor Jorge CHACON MENDOZA( exh92), Graciela ROMERO QUISPE,archive employee,refused answer my petitions,and <u>denied me entry to archives and lector ID from 2004 to 2019</u>(this year finally it was allowed I access information,but there is still discrimination because I can only enter accompanied by someone,provoking extra costs as I have to hire someone to be with me;there is no wheelchair access; chancellor wont answer my appeal(exh 64),denying me right to work and study and information for 15 years is a prolonged mental harm that disrupts personality since as a university graduate historian,with 10 recommendation letters to go study books in archives,student,and individual my fundamental rights to work,study and get personal or family information are violated;crimes committed in complicity conspiration by Peru justice refusing all complaints against these agents in Cuzco church ;then DAs 23,24 deny case 175 2017 and case 3868 2017 as well as on appeal(exh 223),deny me lector ID despite I fulfill requisites,continuously since 2004, for no valid reason,which violates Peru constitution law *art.2 inc.2("all are equal in rights-but all other petitioners of archives lector ID are granted except me);art 2 inc 5 cst,("right to public information);art.61,peru codigo procesal constitucional("all person has the right to access information of public*

*and private archives,in case these hold their family or personal information").*indeed,since my grandfather is born in Cuzco,church and parrish archives detain all birth,marriage,death registries books of my family(exh32)birth certificate in church archives).Nevertheless,from 2004 to 2019 I was denied entry and a lector ID for church archive and its parishes,so that I cant access information,work,study therein;since 2004 I complain to DA(exh109- 112,118,119,130,131 ,223),who only  conspires through systematic arbitrary dismissals by all justice system up to supreme court(see defendants no 38),where shows I am continuously charging til now but supreme court justice is futile conspiration as can be also seen in 2 constitutional petitions of habeas data,for access to information of both main archives in Cusco,regional archive and archbishop archive, I made against their directors Rocio ZEVALLOS Huayhua,M.ROMERO G.and Calixto COANQUI Q.:see report (exh 58,93)) 2217 2006 and  2025 2009,both rejected in supreme court under sentences (exh 128,129,52,53 ))on false arguments(defendants 38,all magistrates of Peru supreme constitutional court that ruled falsely dismissing my appeals):on first,that I hadn't enclosed copy of my requests to both archives to  access their information,which is absurd, of the petition in its dismissed file(exh58))so it is actually present,on the second,supreme court falsely sentences requesting lector card ID for archives has no relation to accessing information,on the contrary,the rules of archives I attached to request(exh59 ))showed only way to access archives is request with recommendation letter,so sentence was absurd fraudulent deviation of finality. ; abuses and discrimination by Peru archives in my city

Cusco,especially Cusco church archives(archive arzobispal entrusted to Cusco archbishop whom I also try petition without response(exh65,67))since 2004,and denials of access to church archives since 2004 by church lawyer Mariangeles Romero Guevara(see denials 2006and 2009 in exh.56,57)and now,she still is there blocking,exh92).

-b.<u>Archivo regional cusco(public regional archives)</u>: likewise arbitrarily denied me without indemnization(def. 28 C.COANQUI Q.denied access 2006-2009(exh.94,126) archivo regional entrusted to Cusco regional government deny me issuance of the archives user lector ID(exh56,57) then Katy ENRIQUEZ CARRION 2012-2013,apparently 2019 W.TTITO CHAMORRO is willing to put me on trial for 6 months that may end in a never back threat,discriminatory because arbitrary, despite all users get a card for a year renewablebut only once I am no longer in whee   lchair,which may be never...refuse to bring me books down to read on first floor as there is no elevator and archive regional is on 2d floor so that it's a denial because I am in a wheelchair,despite art.1 Peru cst holds "the government mission is to serve the person and its dignity",thus he abuses his authority putting documents first,second,my personal right...(this public archive occasionally in the past would also deny access2006-9 C.Coanqui Q was director);since December 2018 I ask access to information and it is denied to me since then by actual director Wilfredo Tito Chamorro.

-c).<u>Both Cusco archives(church archive arzobispal and archive regional of gov.</u>) held against me,without indemnization, in violation of US

constitution,arbitrary fraudulent infamous trials without jury in criminal justice court(exh 54,55;cases 511 2007 PE 03;612 2007 PE 01) f.ex DA Victor FARFAN MERCADO requested I go to jail for a year(exh 173)committing crime of art.402 peru penal code (false accusation)without indemnizing me,each time I was processed during years suffering severe mental anguish like torture and expenses to hire private attorney ,all was dismissed but I was never indemnized for defamatory accusations(art.402 PC).Church falsely alledge I committed a felony to try deny me access based on an employee remark I elevated voice in her presence one day asking her to make an inventory of cut pages so as to identify in future when someone would repeat this. I was single lector that day in the archive(exh127)so there was disturbance to others,when me and another employee Trinidad CCOPA QUISPE (exh125,132)found out there were cut pages in civil registries which was a mishandling from archives as they allowed this and hadn't made inventory of cuts so these could go on without way to identify the perpetrator,so that in fact I was right making the observation to the entity,nevertheless since then 2004 my archives lector ID and access is denied to me despite my behavior was overappropriate....making her aware of necessity to inventoriate cuts,just they want to coverup they had neglected documents to allow such cuts.Archivo regional occasionally accepts issuance but always after at least a year of request aledging 10 years ago I misbehaved despite dismissal in court of their accusation he and police Luis CORDOVA QUISPE stated director C.COANQUI   Q.is   lying,that   he   just   refused   to   receive   my petition(exh172);thereof on the contrary,archive regional never indemnizes me

for infamous arbitrary criminal proceeding(exh 54,55)I had witnesses (exh95,125)against me dismissed in my favor no 612 2007 PE 01 for alledged attempt to theft and damage books) and delays such as issuance of a new recommendation letter despite I acreditate having been on sick leave because of Peru government attacks,which imposibilitates seeking new letter as I have no academic advance that its rules allow to any historian or history student as long as she has an updated recommendation letter.Despite I fulfill since 1993 all prerequisites,defendants deny me issuance of lector ID(exh 94)and organized with complicity of Peru judges,to dismiss all complaints for this abuse,)so that I am unable since 2004 not only to advance in my university athesis,but also to work since historians work in archives,but also, I lived renting alone a student room for almost no purpose,suffering serious mental anguish like torture from abuse I cant even relate to my family as its hidden in archive and isolation as I couldn't relate to any relatives I had in my city of origin since all information on my family was hidden to me,nor learn much from my society. Discovery can be asking skype whatsapp appearance of def. Graciela Romero Q.,witness Humberto Mora Almiron,employees,cusco arzobispal archive to attribute them evidence video,recordings in recorded CD in exh102,1stAmended complaint,case no 18cv01740 nysd transferred to CD),deduce continuous violation of my constitutional right to information(art.61 inc2 codigo procesal constitucional)since between 2004-19 peruvian archdioscese defendants prohibited me access to info unless first scanned(because they falsely aledgeI could break the documents)but they didn't scan any documents and scanner is always broken,while all other

users access all documents directly-discrimination.Their rules are of inferior rank in Kelsen pyramid to my constitutional right of access to personal information.Where they argue I misbehaved,they are outweight having violated for 15years my rightof access to information(art.61 codigo procesal penal,processed me for years for a false infamous trial 511 2007 pe03 because it was dismissed never indemnized.Lastly police reported on discrimination by archive arzobispal  jan 10 2017 then dec19 2017(exh35,77)then in 2019(exh 223)dismissal again as well on appeal by defendants 23,24 Gary ORTIZ.Gary Ortiz also denied case 175 2017 on same facts,as well as on appeal by defs.24 Das Luis PAREDES C.and Nataly UGARTE.

31   2000 to present discrimination by UNSAAC gov.university Peru:that

--1) offers(see art 34 rules,exh 179 1st AC) free admission to children of

diplomats that return to Peru after end of mission,nevertheless denied the priviledge to me,obliging me to have extra economic losses to apply under other modalities,I lossed $100 applying as a graduate student,and although there was a vacancy ,UNSAAC denied me the vacancy,obliging me then to apply by submitting to contests losing another $100,and I lossed years of studies because of the discrimination until I got admitted.

-2) conditions recognition of my undergraduate,graduate swiss and american studies to official translation,payment of considerable fees (several thousand $)I cant afford.I had requested in courtI be exonerated because UNSAAC has automatic recognition for children of diplomats that studied

abroad, and because my american AA and BA 1989-1993 were done against my will away from Peru because of swiss and US social security error(see former complaints original and 1st amended,case 18cv01740 nysd sent over to DC under case no 18:01460)delayed payment of relief benefits 1988-2006 that coerced me to leave Peru for the US those years because I was entitled to US SSI,to finance my AA and BA studies

-3).Peru ministry of education discredited my swiss college degree giving equivalency to Peru college despite a swiss college degree is equivalent to Peru college plus one year meaning I am stripped from many credits towards university curriculum in Peru(swiss college not only is more intensive but officially ends at 19 yrs old whereas Peru college ends at 18)

32   <u>1998-2019:continuous complicity to cover up torture by UN,ICC and IACHR(defendants 39-41):</u>1998 Carmen Rueda at CAT and Carla Edelenbos in 1998 (see 04-10148 docket nysd)responsible for ohchr,nows responsible of petition unit   ohchr,   keep   denying   and   blocking   my communications(fax,letter,email,calls)causing 2010 liminar denial same day of complaint to cat against Peru,then 2016 to present S.Touze denied email complaints and refused my personal handing him paper complaint in Cusco 2017,then J.Modivig systematically denied answers as CAT chieff,to all my emails,calls to his dignity institute(DK),Dominique Bush emailed me she  would fwd  my  CAT  complaints  to  Gva,but  never  confirmed(2017);  I  attach (163,164)proof faxes to ohchr and icc june 2017(exhibit 156) were successful

(ohchr petitions fax nb 0041229179022 and icc petitions fax nb 0031 70 515 8555)

;likewise 2010-2013 my complaints to IACHR aledging torture and other terrorist offenses to IACHR against Peru were arbitrarily either denied without reason(defendants no 40: M.Tavares,C.Cerna2011,V.Madrigal,E.Alv..2012-2013),K.Mosoti blocked fwding and confirming my 2009-2017 complaints to International criminal court ag.Peru responsible of ICC liaison office UN NY(unanswered emails,voicemails);see exh151to162

33   2001-2018:loss of income to crime by Peru.Peru Republic must give me restitution of $60000 the total of pensions i brought into Peru since april 2001(exh113,114))showing i get $280 a month since 2001 from abroad(former employer in Switzerland),but couldnt work,study since 2001 because of terrorism and resultant physical invalidity .

## VII FACTS  (proofs attached 1 to 226)

34   I am american,born physically in Manhattan (60),hold a masters in medicine from Geneva University,with 2 years of law and international law and human rights from Geneva Law School,also hold a second college degree in Fine arts AA from PCC in the US,BA graduate from american CSLA StateUniversity that sent me (dean letter exhibit (61))on postgraduate work PhD to UNSAAC university in Cusco,Peru where I am a student since 2008,but have not been able to complete more then 2 semesters nor work because of continuous acts of terrorism,treason,torture,tentative of extrajudicial killing,conspiracy against my rights that I am deprived of by all the justice system of government officials and

defendants, continuously kept out of work by government discriminatory acts for which I constantly file in District attorney and Courthouse ,address avda sol, in Cusco,PERU, where I lose my time and money filing complaints hoping to solve conflicts,all dismissed by conspiration of false statements,declarations,undue process,obstruction of justice,treason,slandering me with hate as a foreigner despite I acquired Peruvian nationality,of justice system,or I was falsely accused in 2(54,55),started over 40 criminal complaints(11,17).judicial 100 cases (92)of which over 30 went to supreme court on appeals(49)where all got dismissed exhausting domestic remedies.

35    April 2001: first complaint in Peru District Attorney(106) def.14 Rodolfo Huaman Flores,where i was aledging i was deprived of relief benefit by my swiss employer and the swiss government where i exhausted domestic remedies against the swiss employer, not paid despite entitled to, a wrongful termination pension due since 1988 for several crimes by my employer(defamation,slander,rape,failure to disclose my right to pension upon termination of work contract,medical malpractice ,personal injury,for which i made previous complaint in this court docket no cv-04-10148);this was falsely

dismissed(107,108)upon appeal to superior DA def.15 Felix Tupayachi P. ,appealed again to Supreme attorney def.17Miguel Caceres (110,111),dismissed in 2003 then repeated complaint in 2004 was dismissed by Attorney General def.16 Nelly Calderon(109)in 2005;

36  My pension was paid 2006(113)omitting retroactive payments 1988-

1995 despite sentence specifies right was born 1987 ,discovered 1988 by doctor ,as a result of a swiss sentence(114)upon my own complaint 1996 to swiss judge,that was made with 10 years of delay.This sentence says I was entitled since 1987,but failed to make the request within the required timeline of a year from 1988 ,so that it would be paid from 1995 when I made a second request.This is wrong because(115)in 1989 I had made the request for unemployment to SSA on crutches for femoral fracture specifying (116)I had worked in Switzerland before becoming disabled ,so that SSA had to apply art.18-21 of 1980 bilateral convention on social security between Switzerland and USA and enquire in Switzerland if I was entitled to a pension and if not paid order payment upon Switzerland.I don't know if US SSA violated the convention or Switzerland refused to pay upon SSA request,but I was the victim as in 2001 in Peru I was entitled to it but it didn't come,anyhow I was in Peru to do upon graduation in US CSLA university, my PhD in social sciences in unsaac university,with a national ID in Peru by naturalization, but my savings were running out,and I didn't know how to eat and pay the rent of my room unless I would get executed payment of the wrongfull termination pension,nevertheless Peru authorities deprived me of relief benefits and rights under color of law by dismissing my complaints causing my move to NYC to my brother house for relief and postponement of my PhD in 2002.

37   I reiterated this complaint several times,including 2016 under case nb 1319 2016 in DA E.MARQUINA def.15-2 that was denied again on appeal(118)in 2016,2017(119); constitutional dismissal arguing injuries and torture in supreme

court(120,case 1727 2017 PHC/TC july 4 2017);pending against defendants of courthouse beating R.LAZO and C.CASTELLON,named in   report(49);against DA"s Rodolfo HUAMAN F. and others of 2001-2004 as can be seen his name  in case 9 (1727 2017 HC )on p2 of report exhibit 49,so acts of deprivation of rights under color of law are still prosecutable within the 3 years timeframe of statute of limitation because of continuous acts of dismissal(see word"archive"which means dismissed in Spanish in reports of cases) of complaints by government since 2001 as on reports (11,17,49,93)of justice and supreme court,I was physically disabled by beatings 2008 to present and confined incomunicada by court order 2 years 2014 february to nov 2015 where ;I add ( 120  to148   )all supreme court sentences indicating dismissals to show deprivation of rights and exhaustion of domestic remedies.

38      Since Peru Republic justice system deprived me of my rights to

justice under color of law continuously since 2001,and that my 2001 first complaint in DA was against Swiss authorities and OHCHR experts for extorsion and others depriving me of relief benefits of my social security from work pension I was entitled since 1988,thus Peru Republic deprived me of relief pension 2001 when I arrived to Peru ,until 2006 the pension was finally started ,from 2001-2006 I was extorted,unable to pay rent, food in Peru to do my PhD there,coerced to leave in 2002 to the US where I was offered SSI and a shelter,benefits unavailable from Peru government to poor people that don't have such services,my right to self determination and freedom was violated by defendants

as I had to delay my plan of PhD and life in Peru and instead resided in the US

2002-2004,period during which I suffered depression because my plans were lost and couldn't defend myself properly against a person who abused me ,with consequent birth of biological twins in 2003 ,whose custody was taken by judge(BF024554 2004 LA superior court)and transferred to their father when I was able to return do my PhD in Peru in 2004 when swiss pension due 1988 was finally sentenced in my favor 2004.The 2 birth certificates of X,Y state I had intent and free will and conscious to give birth to Z ,but the documents are false since my will was coerced not free and I was irresponsible because of (201)hospitalized with major depression from detention,to be there with these people,had the law not been broken by peru government,swiss government,and error of SSA,I would have been that time in Peru doing my PhD,so I request Your honor a court order to amend the birth certificates deleting my name ,since I am not legally a mother (biological)

39    .**February 28 2008 1 pm**: I was at "CDG clerk filing window" of that courthouse(see name on  pictures1 to 6 in (exh.1,2,3)6 pictures starting at filing window,then viewing it from 10 meters down hall,then 20 meters further down hall then 30 meters further down at level of Door of Presidency of court then view of Presidency door).At CDG window,I was filing that day with the clerk, butI couldn't sign the motion summonsed by the clerk because a 5 year old minor boy would repeatedly put himself between my legs and try touch my intimate parts(I had white pants on) despite I had directed his mother ,not a litigant but a

troublemaker sitting 5 meters behind the line with 5 other women to control him

instead after directing her ,returning to window to file,she would direct him again do so as he grabbed me again,sexually harassing me,for which I asked help of defendants 1,3 as would repeatedly put himself between my legs and grab them despite I had directed his mother ,not a litigant but a troublemaker,sitting 5 meters behind the line with 5 other women to control him instead ,I would turn around to sign again at window,and again,I felt the child between my legs,since she would direct him again do so,so I asked help of defendants ,R-LAZO B.who separated me from the women,and made a first report(68)indicating I was filing at window and the women with child were behind me(they were sitting down in seats visible on pictures 1-3 as in front of filing window,then falsely quoting without witness I had slapped the child who was putting himself between my

legs(no sense doing that since I didn't know them),despite his mother previous

failed restrain her child in the courthouse where she had no business since security report ( 68) indicates I was litigant at window while the women were expelled(4,21,22,117) from the courthouse for "scandal"without filing in line thus they had a plan against me that day since had no litigation ongoing.Defendant chief of Security C.CASTELLON was located with R.LAZO at CDG filing window when i was first attacked by the women sending the minor after me,since both declare about this in (21,68),so they watched all and had me under their control after first attack until second attack,whereupon they moved towards Presidency door at the noise of screams,and P.TAMAYO V.last security was apparently at all

times by Presidency door;I then continued my business walking down the hall 60 meters because as(exh.4)stated I had another appointment in courthouse basement and stairs were down the hall under scrutiny of security guards,until door of presidency (see picture(1-3)without noticing the women followed me since I felt safe after security intervened and made the first report, under eyes of the security defendants, until the women  grabbed me by my hair from behind at door of presidency 60 m away,shaking my head back and forth making me scream in pain whiplashing me then pulling my head by hair from the height backwards with force to kill me by fracturing it on the courthouse floor(see description in second security report(4)),frustrating head impact extending my right shoulder backwards,where right scapula fractured throughout into its

glenoid cavity(see (5) ultrasound:state of muscular contracture scapula,

radiography(6),magnetic resonance(7)shows a "moderate bone remodeling of scapula into glenoid cavity with labral tear"(moderate r.only occurs when bone was recently fractured,glenoid fracture by avulsion,is only(exh.8) when one falls on the shoulder extending it back to help a fall,labral tear only occurs by avulsion in this movement,and scapular fracture only occurs as a high energy blow in auto accidents or the like,I had to be pulled by several to the ground ,not merely a fall,as is shown in the literature(8),when someone extends shoulder backwards in a fall,so that this injury couldn't have originated in a single fall in my room that evening,and couldn't have come from an external accident or there would have been such a police report or witness).Security asked for identity of agressors,that

refused identify themselves,thus confessing a crime(violent impact from

height),security wrongfully expelled agressors without identifying them out after

the attack(21,22)and refused to call 911 or give me medical help aledging I wasn't

a courthouse employee,then further denying me indemnization.An hour later

until now all complaints were denied with undue process:same day it was

rejected by district attorney def.20 Magaly ROJAS ESPINOZA who refused give

me order for forensic doctor to examine me ,she just gave me district rules for

complaints on which she identified herself,signing date,hour(12)then refused

complaint instead I was given an absurd illegal summons(73) to appear for false

acusation against me(without defensor,next day 930 am)by DA E.ORTIZdef.24-3

conspiring with def.35 COANQUI(Director of regional archive)despite courthouse

notified me day of attack(see date I handwrote "received 28 2 2008"on court

notice(55))it was dismissing criminal charge against me by same

COANQUI,obliging me to alone in my room that evening of attack,prepare appeal

despite my fractures(since I had no attorney),couldn't go to the doctor for my

injuries,and turned it in next morning   to avoid detention(76).Next day in

university class where I went after filing 930 am appeal in DA my girl friend

Yanet ORUE M.(13)noticed I was crying in pain reporting the aggression in

courthouse attributing it the pain ,disability of right arm with dificulty to write

that made me withdraw university on sick leave thereafter.Since scapular

fractures are usually non displaced because it's a flat bone immobilized by

numerous surroundering muscles in thorax and back,there is no false mobility so

its imposible notice a fracture unless xrayed and pain is often mistaken for a contusion ,so next day I just noticed bad pain and continued some activity waiting to see if pain would resede since I didn't have identity of agresors covered up by government,I had no one to sue.As pain wouldn't diminish I went to the doctor,had an ultrasound that discovered injury,as xrays, and upon difinding out the fracture,I began resenting the aggression because security didn't identify the agresors in DA and appeal defs.9,10(14,15),government hospitals extorted me refusing(104) to prescribe MRIs or let government insurance pay for it despite I had government medical insurance,so since I needed either intense domestic

help(which I didn't have since I am single alone and peru justice refused do its

job)or surgery of labral tear, and government wouldn't pay, I went to live with my brother in NY while using Medicaid for MRI(7).HSS hospital discharged me wrongfully despite I had need for surgery (25)of labral tear,and my sisterinlaw evicted me criminally 2008 in NYC so I returned to my room in Peru,where DA denied investigation(14)so I returned alone to crime scene to meet again nice security Mr. Percy Tamayo Valdeiglesias who had separated me from my agresors that were tying to kill me kicking me on the courthouse floor,since he had no responsibility because he was not at CDG filing windows in first place,he agreed to extend a security report of the final assault(4),and I got a report of the first assault(68),comparing both it appeared security chief and R.LAZO had committed attempted murder and serious injuries by omission so I appealed DA but was also denied.I don't have a medical certificate of fracture of the date of the

attack,because defendants made it imposible to go to the doctor,but sworn

witness(13)demonstrates next day I had the injuries security report disclosed as plausible from trauma feb 28 2008,and since there is no accident report out of my room that day nor witness of it nor could have injuries have occurred from a fall in my room because they are to high impact for a fall unless pulled by several(the assault)or fall  from a ladder but I had none in my low ceiling room in avda recoleta 555 ,and if something exceptional would have happened it would be from emotional trauma attributable to the stress suffered by assault by government security or absurd criminal charge I was facing next day in DA: I didn't have time to care for it, nor noticed I had a fracture,only   dull strong pain  ,as after a blow,bought pain killers in march(69),as it wouldn't recede I ended up consult a first doctor april 28(70,statistics(71)in may)who noticed scapular muscular contracture, asked an ultrasound(5) that confirmed scapular contracture of muscles ,I made a police complaint for the attack(72),my Dr requested Xray that both government hospitals of Cusco reported as normal despite anyone could see the fracture,so I had to make another in private practice,(6)positive for fractures of scapula only in private practice and I finally ,because government hospitals appeared to want cover up the courthouse Security responsibility and refused to report the fracture anyone could see.District attorney,(conspiring with police of commissary of Cusco Saphi,calle Saphi,cusco named def.7-2,3 Julio Cesar TELLO Y. and chief M.CALLANAUPA who slandered me as mentally disabled(14)to undermine complaint and cover up defendants,dismissed in complaint I made to

police DAs coronels of army cusco MINAYA,GARCIA PEREZ,equally dismissed in police supreme court in Lima where all cusco police were covered up since 2010 especially by secretary Luis RAMIREZ ARCAYA,police supreme DA BUENO,under general denied the investigation 3 times as well as on appeal(14,where N.Paravicino name is not legible ,to be matched with signature and name legibly in (18)Nilo PARAVICIN def.9,appealed to Griselda VENERO de MONTEAGUDOdef.10 that denied also(15),subsequent denials of repeat

complaint also denied(see reports(11,17)where names of defendants CASTELLON,LAZO appear in all dismissed cases by other different prosecutors def.19JC.VILLENA ALVARADO,PEREZ,Y.MOROCCO U.) but took declarations of defendants1,3 C.CASTELLON and R.LAZO B.(21,22 where appear contradictions:1)R.LAZO, C.CASTELLON confess they saw me attacked but didn't want confess haven seen more then a pull of hair ,covering up I was whiplashed pulled by several with force from the height down to the ground by the hair to impact my head on ground as described by P.TAMAYO (4)who didn't mind cover up anything since he didn't bear responsibility for having seen me followed because he was positioned away from CDG clerk window,while Castellon and Lazo wanted cover because they both witnessed the first window event so knew the following to cover up responsibility for having let the agressors throw me on floor;2)CASTELLON also contradicts himself in (21)by falsely indicating I was in filing line behind the woman and child and they were litigants,since (22,68)Lazo indicates I was at the window they behind,sitting down,and all 3 indicate they were not identified ,hid their identity and were expelled from

courthouse,thus had no business there since otherwise would have stayed to file or names would be in clerks filing;3)Castellon also confesses he saw me followed but didn't intervene out of "enmity"without proving in which circumstances I would have done something wrong in courthouse which is not normal for a security guard,likely he committed theoffense,confessing by his contradictions ,with R.LAZO,tentative of extrajudicial killing and torture,indeed (4)is described

severe pain as I was screaming"during all the time of aggression from when I was standing,then shooken whiplashed then thrown on ground,since I was under his custody,likewise police denied the investigation(18),as well as police district attorney; both defendants try dismiss the complaint aledging I was agresive towards security previously ,but this is false,they quote no event nor witness nor proof ,I do remember I reacted against them twice a year or 2 before becaue I was in legitimate defense when 3 criminal judges would ask me to appear in both cases (54,55)I was tried without jury for infamous crimes then dismissed all charges without indemniztion,during 2 yrs on trial for no reason to try jail me,judge would call security on me if I manifested my discontent perhaps I yelled at them to not touch me,I also remember another time years ago when I made a habeas corpus that was granted to me by trial judge against lower judge but they didn't want to move the case and I was losing my appeal so I had an argument with the secretary of the judge who dissented and defamated me in sentence while other 2 granted the appeal and admitted action,the secretary was mad at me because I was noting the defamation in sentence

40   Defendants can't raise exception of no same day medical report of

injuries(DA dismissal of complaint(14)as (nemo audetur propria turpitudine allegans)as he made it imposible for me to go to the doctor by summonsing me to appear on false charge without defense making me write alone that evening an appeal unless go to jail next morning,which was a similar damage to me then to stay sitting with an injury("nemo audetur propria turpitudine alegans").I also

made habeas corpus against defendants,denied upon appeals up to supreme court(20 signed by magistrates set as defendants)despite I alledged validly courthouse security was a threat to my integrity and the right to not be tortured defendants were covered up by magistrates Landa A.,Calle H,Alvarez M.The injuries of right scapular fracture ,biceps tendon split,labral tear provoke deep anterior pain,invalidity of dominant arm for several years unless it is operated,in my case both Peru  national hospital orthopedic surgeons prescribed cruel inhuman treatment: DrAriel ZARAVIA and def.6 Dr.Ronald W.CHUQUIHUAYTA QUILLAHUAMAN) refused order magnetic resonance imaging,and Emilio LIAS CUERVO insurance director refused payment by government of my treatment(104) thus omitted diagnosis of fracture and labral tear visible on American MRI I had by leaving Peru to NYC where I lived with my brother soon after the attack and treatment of labral tear(surgery) ,let me with the pain(23,24,43),and def.6 Dr.Ch. in conspiration with hospital director David SUMERENTE,denied(79)the disability pension (75)I requested in a wheelchair,coercing me (112)to first submit to psychiatric exam to get disability

for orthopedic reasons which is illegal as was entitled to disability in my wheelchair ,in item facts 4 it shows it is part of the Peruvian government plan to sabotage me trying get a psychiatric order false appreciation of mental disease to lock me up forever and steal my posesions;radiologist Dr.A.QUISPE C. def.26

informing there was no fracture(24) despite there was as per private radiologist I had paid for a second opinion(6),putting my life in danger wrongfully discharging me without telling me I had a fracture potentially lethal because of the possibility of internal hemorrhage,pulmonary perforation by the bone fragments that could move,aledging I had no fracture(the medical report of fracture was made by a private practicioner I paid)just antique past luxation(23) despite the ultrasound with muscular contracture indicated recent trauma ,to cover up defendants.This is inhuman and degrading treatment after torture .Dr ALTSCHEK Hospital for Special Surgery published(25)labral tear ,especially in dominant arm,must be operated otherwise develops anterior instability and supraspinatus tendon tear,which is what happened ,it was malpractice,Peru hospital didn't give me assistance for my injury nor operate me despite I asked it,so I developed on one side,then decompensated bilaterally,high grade supraspinatus bilatear tears(26,27)persistent until today(28)because Peru has no treatment that is patch,available in the US upon payments but I don't have the money to pay unless indemnized by defendants..These injuries are cause of constant pain and disability equivalent to torture ,since 10 years.And the fact defendants are security of Courthouse,they had custody of me ,were obliged to protect me so failure to intervene was active commission of extrajudicial killing since what is

described is that 5 people were pulling me from the height to ground by hair with the goal to fracture my head thus kill me (and scapular fracture is a high energy blow potentially lethal because of internal injuries often accompanying it such as hemorrhage of arteries cut by the bone fragments in chest or pulmonary perforation)without due process.All defendants attempted extradjudicial killing by being warrants custodians of my security,health,life nevertheless choosing to betray me and kill me ,recklessly endangering me by abandon with a potentially lethal injury I didn't know about to the odds I would die with internal hemorrhage,causing severe pain equivalent to torture from 2008 until today,with progressive decompensation of whole body.I need money for treatment(supraspinatus patches from rotation medical,USA).Injuries must be attributed to defendants as there would be otherwise no way they would have occurred unless there would be a witness or report other then (4,68) ,I was anyhow distressed because of assault and other fall or accident that day would be attributed to courthouse assault and false acusation in DA next day,and I couldn't have fell in my room as it was low ceilinged rented I would have also asked for help or there would have been witness. Witnesses same day swear under notary,and next day,my university companion Y.Orue(13)witnessed I had pain and disability attributing it to the attack next day also,which would be unexplainable unless they had occurred in courthouse.

34   __10/15/2010__:because my both arms were crossed on a aircushion sling by tears i need more time to go down the bus since there are steps and I cant use arms to lean on poles,so I got hit and run going down the vehicle at a stop with

right ankle fractureS(police report hit and run(40) nevertheless defendant major

of police precinct of hit run,def.7 J.BECERRA DIAZ police officer has

responsibility for torture by his officers,that abandoned me invalid on the

sidewalk after hit run with my fractures hating me because I am American and

conspiring in treason to fail to intervene to make it imposible for me recover

transit insurance SOAT by denying the necessary to recover funds police

report,as witness Raul NARVAEZ LOZANO(29)municipal police states police

officers of 911(105 in Peru,see on report highlighted that day (30) emergency

refused (see denial(50))to assist me despite I had called with my cell phone for

help(30)and was sitting on the sidewalk without being able to get up because of

fractures    and    tears    in    arms    and    2    officers    of    defendant

precinct,unidentified,patrolled walking by me injured asking them for help to go

to hospital as I couldn't get up with my torn arms and ankle fractures,failing to

intervene,recklessly endangering me,refusing to either make report of hit run

(which was necessary inmediately and up to 4 months,to recover up to 6000$

from SOAT vehicle insurance,which was refused because police refused to do

timely report(41)or help me with an ambulance recklessly endangering me I also

had spine fractures(31)and developed permanent painful tears of left leg groin

tendon and muscle(33,81)lasting from 2011,visible still on ultrasound later in

2013 (9)because I was abandoned ,had to go to local church in taxi beg for a

wheelchair,that I couldn't move alone since I had no use of torn arms nor right

leg ,thus trying to advance  my manual wheelchair with the left leg because I had

no functional arms and right ankle fracture despite I had requested previously

Peruvian doctors to provide me with a motor wheelchair which was denied to me by def.5 director doctor G.Alvarez B.(32).Medical help was often denied to me to like magnetic resonance images prescribed by doctors,denied payment by national insurance(104)so I left to NYC  and got the motor wheelchair there with medicaid(34)which I used 2011 to 2014 that I finally got after asking St luke hospital NY(42).I was in a wheelchair from 10/15/2010 to june 2014 because of chronic ankle sprains that I couldn't heal because of bilateral arm disability(44,45,46)making healing of ankle sprains imposible because progressive loading of ankles was imposible as I didn't have use of arms to lean on a crutch and I had to stay in the motor wheelchair from 10 15 2010 to june 2014 almost 4 years.The police report for hit run was finally made 2 years later (10)when I came back with witnesses but it was to late for transit insurance money recovery and they denied arguing police would have had to do the report in 2010 not 2012 and I lost $6000(41) since that's the amount insurance of transit SOAT allows for hit run cases from "fondo de compensacion"("SOAT compensation fund").All Peruvian doctors have committed medical malpractice as I was under treatment for injuries disabling dominant arm,requesting assistance for daily activity to rest,thus I never rested because I had no help,injuries were attributable to a government assault so I progressively decompensated whole body as described,wrongfully because they never gave me benefit of assistance for my rehabilitation,despite art 30 of ley de salud law no 26842 holds"the doctor

-65-

that has a patient with injuries caused by a crime must notify authorities"

35   <u>2006-feb 28 2008</u>:I was arbitrarily tried without proof nor witness,nor jury ,for infamous crimes of robbery and damages against Cusco archives for false claims of damages and tentative robbery of documents,during 2 years by directors of cusco archives defendants M.ROMERO G.and C.COANQUI conspiring with DA who opened investigations against me in court with 2 criminal judges in representation of 2 main archives in Cusco Peru, ,but all their charges were dismissed (54,55 dismissal of case 612 2007 PE 01 by notification to me feb 28 2009)after I did my defense paying lawyers without indemnization so it was in violation of amendment 5 of the bill  .In psarticular Director of regional archives C.COANQUI denied me in 2006 access to information of his archives and started the case 612 2007 PE 01 also closing me access to regional archives Cusco 2006 to 2008 then ordering his successor upon retirement 2007,new director of regional archives Nolberto VALENCIA ALVARO,to do same deny me access to informacion of his public archives by denying sale of the annual archives lector ID(see (94)aledging I would have committed a crime against documents ,despite (55)all charges were dismissed.so I request indemnisation for false trial and for arbitrary denial of access to information during years,namely,I require future free sale of the ID for archives without exigency of the renewed presentation card,since they made me lose my actualized card in 2007 I had

presented to the archives by aledging case 612 2007 was grounded on my infractions.I also made a constitutional civil action type labeled "habeas data" no

2217 2006(see(89) report online www.pj.gob.pe)in cusco against those 2

defendants directors of 2 main archives in Cusco M.Romero and C.Coanqui,for denying me arbitrarily access toinformation of their archives(95,56,57,126),that was denied upon appeal up to supreme court (tribunal constitutional)where it had other label 427 2008 and was denied February 28 2008(52) aledging falsely the 3 magistrates of supreme,that I didn't attach copies of the 2 petitions I made to both archives asking access to information with a lector ID to the archives,indeed,as can be seen(58)I took photo of the dismissed case booklet fastened in archives of court after denial of the supreme appeal,showing were present both documents requesting information (87,88)that supreme court falsely stated weren't present,using it as a pretext to dismiss the constitutional action where is apparent conspiration of the Peruvian justice system against me

36    **2004 to present**:FOIA,my right to study for my PhD in university

finding material for investigation PhD work and work as a historian(study and workplace is archives) is continuously violated :I am tortured mentally by employers the directors of archives in Cusco listed as defendants C:Coanqui,R.Zevallos,etc..and Peruvian justice system magistrates that since 2004 wont let me work nor study nor exert my constitutional right art 61 inc2 codigo procesal constitutional peru*("Artículo 61 Derechos protegidos El hábeas data procede en defensa de los derechos constitucionales reconocidos por los incisos 5) y 6) del artículo 2 de la Constitución. En consecuencia, toda persona puede acudir a dicho proceso para: 1) Acceder a información que obre en poder de*

*cualquier entidad pública, 2) Conocer, actualizar, incluir y suprimir o rectificar la información o datos referidos a su persona que se encuentren almacenados o registrados en forma manual, mecánica o informática, en archivos, bancos de datos o registros de entidades públicas o de instituciones privadas que brinden servicio o acceso a terceros"*translated*"art.61 protected rights:habeas data is a constitutional action that defends constitutional rights of inc.5,6 of art.2 of cst,in consequence all can use it to access information in public entity ,2)know,information also referred to one self in all forms in private entities that give service or access to third parties"*denying me access of information of family (see (131)first DA complaint and denied appeal in 2004)since some of my family were born in that city so his info was held in church records("archivo arzobispal"(Church archives of the city I reside in)and also made it imposible for me to either work or study,being a professional university graduate student in history,I need work and study in archives,nevertheless Peru government closed them to me continuously for 15 years arbitrarily,through undue process denying all my complaints againstand trying me for above infamous  crimes just using a pretext once I asked archives director Marilu Amenero S.(127)who cut pages missing in an old family registrybook disappearing peoples identity,in a discussion with other supervisor of archives Trinidad Ccopa Quispe (132)in manuscript declaration identifying her name in (125) she took it personally as if I was acusing her of not taking care of them since she was responsible,but that was it,for 15 years she was retaliating against me for this denying me access once she even under eyes of a witness my companion of university grabbed a book put

in garden then called police 911 closes external gate had me handcuffed on charges I tried robb it and threw it in garden when I saw she closed gate ,my witness,a university history student studying with me,E.PANO(95) declared to judge the nun Marilu amenero santos did it all not me but still I was processed 2 yrs for no reason in case (54)tried for tentative robbery to historical documents and there was DA sentence to jail me for a year finally dismissed without indemnization(item 3 previous paraph)closing me access to information in violation of FOIA and basic constitutional rights of access to information(art 2 inc.5 constitucion 1993 of Peru gives right of access to information in public archives to all citizens and foreign historians like me who received university dean recommendations ,both from the US and Peru,to do this work in archives(61,62), art 61 inc 2 codigo procesal constitucional peru gives right of access to information of private archives to all persons whose personal and family information is stored there((63,96 where shows his marriage name is M.De Lara,which appears to be second name of my father(103) and they have same first name so its my family)is example of birth certificate stamped by archbishop archives that indicates my grandfather Felix SUAREZ ,and many other relatives on my father side ,have their birth ,death,marriage certificates in church archives under supervision of Cusco Church M.ROMERO G.,J.CHACON M.,(92,where he 2016 allows finally after 12 years partial access,but discriminating me since other historians get a lector card allowing free access to any document scanned or not,all days,whereas I had right only to one scanned document per week whereas all church civil registers of family information are

not scanned so that he thus discriminates me not allowing me to touch books but also denies me constitutional right of access to family information quoted in art 61 inc 2 codigo procesal constitucional,reason for which I appealed (64) )but he never answered nor apparently elevated appeal to superior hierarchy,so I petitioned archbishop R.D. ALARCON(65,67)without answer in 2 years).I attach(98)recordings and video(video of December 14 2017 that users of archive foreign and national have right to use gloves and review all available documents in physical,then recording of director of archive Graciela ROMERO saying registers of birth,death,marriage are not scanned,then scan employee Humberto MORA Almiron declares he wont scan them for me because there are to many registers to scan,and since 2017 scanner is broken,so the arrangement given to me that I only can see a scanned doc per week is a violation of art 61 inc2 cpc as hereabove mentioned and the discrimination is not resolved).Church chancellor,nevertheless since 2004 cut me from access to information of my fathers family in church archives,as well as cuts my professional(I am graduate historian who can only work in archives) and educational development(my Dean recommended me for my PhD in archives) by arbitrarily giving orders I be denied access to the archives which is illegal and inconstitutional).Defendants last mentioned(56,57)denied me since 2004 right of access to archives of Peru for no reason and defamed me under color of law by criminal procedures,being lawyers of the church, trying me without jury for infamous crime of trying to robb documents and damage to documents of the archives(54,55).They work with G. ROMERO,Church archives receptionist,who also discriminates me making

complaints impossible by lying to the police,as can be seen in police report no 1(35)she declares I am not discriminated because no one has access to documents only scans of them,then on second report December 15 2017 (66)she declares I am only one prohibited access document,I showed police video where historians were reviewing books with gloves,not scans,which is prohibited to me since 2004. Continuous abuse denial of access to information by national and church archives 2004-present in conspiration with justice system:Violations committed by archives(126)shows director of one public archive defendant35 C.COANQUI QUISPE refused me Access since april 2006(in initial pleading i showed he had tried me without jury for infamous crime of trying to damage and robb documents in case 612 2007 PE 01 dismissed in my favor ,without indemnization nor relief from prohibition of Access to information 2006 to 2012);(127)is a user ID for church archive i was allowed to purchase for $20 in 2004,but it was cancelled a few months later arbitrarily(128)by the church employee M.AMENERO S.falsely aledging without witness nor proof I elevated the voice in the dependency.I had asked  her why some pages were cut or missing in documents and books entrusted to her ,which is not inadequate since it demostrated an imperfect custody and witness other church employee Trinidad Ccopa(129)stated the cuts were ancient,thus i couldnt have done them,thus proving i was arbitrarily denied Access of information by national and church archives 2004 to present;(130)is a supreme court sentence case 4483 2013 PHDTC  august 13 2014 indicating it dismisses my request of Access to information("habeas data"in peruvian constititution article 200 of peru

consittution)against national archive "because she requests more we analyze why it is denied to her ,more then requesting Access to information,which is absurd,and quoting she already did this request to us in dismissed actions 2719 2007 PHD/TC(131) and 253 2008 PA/TC(132) showing i kept continuously exhausting domestic remedies;exhibit 133  is a denial of appeal by DA J.MAYORGA ZARATE in case 49 2017 MP 2FSPA february 17 2017 against director of church archive and (134)shows another DA complaint against them 2004 Juan UGARTE P.and A.BARRIONUEVO D.that as of (11,17)reports was dismissed despite arbitrary deprivation of right of Access to information

37  <u>2017.torture act by Peru state:</u> may 21 2017 ,Peruvian citizen  Mr X came behind me inserted both arms from behind me under axilla pressing with

 fists onto my previous scars from 02 28 2008 courthouse attack pulling me backwards causing (28)bilateral high grade tears on supraspinatus tendons bilaterally,reopening the tears that had progressively closed until I was near normal painless with near normal strength 2015(see (205,206)tears 5mm and 8x5mm in 2013,(28)now 2017 after this attack tears doubled in size to 10mm and 4x10 mm,with severe tendinosis (208).Recordings may 23 2017 of Mr X(210)enclose confession as he asks me for forgiveness for having done this,correlating with my emergency orthopedic surgery consultation(207),the government hospital loayza again cooperated in torturing me,reporting the shoulders as normal (207)despite(28)the high grade tears I had,again a month later hiding my injuries of tears reporting normal then a month later only

microtearing or tendinosis(209),despite I had open tears(208),recklessly endangering me omitting protecting me with rest order,sling,etc aledging I was normal so I would further injure myself,coercing me in look for diagnosis ,as I had pain,out of government hospital to pay in private practice(28),where less conspiration show severe injuries,that probably developed faster and worse from may 21 the attack until july 22 the final diagnosis(28)because the government hospital loayza again conspired to torture me telling me all was normal from the start in the hope I would not rest but increase damage and propagate tears in supraspinatus tendons.It is an act of torture of Peru government because the person who injured me succeeded doing so using the confidence I was obliged to put in him as I lay bedridden with spine fractures 2011 wihtout help,because of the reckless endangerment abandonment by government of Peru justice system and doctors after the 2008 murder attempt.I was to depend on a doctor or judge that would take responsibility for me,instead,MrX didn't see any moral obligation to care for me ,he was a street encounter in front of the pharmacy where there was no ramp for me to purchase  my medication for tears,I offered him a dollar to buy it for me,he then offered push the wheelchair I couldn't push.I didn't ask him for personal favors, apparently he was conditioning help to a marriage contract,so when I didn't consent he injured me,with slaps,hair pulls,insults,obliging me to eat seafood he knew I was allergic to,once a whiplash,investigating still today with January26 2018 (202),februaryapril 2018(203,204)discovery he had emotional distress in ambulance because I kept distance was living in another city declining go visit him upon his

requests(210),thus I was coerced to get close,sequestrated by him and his father by false alegations he was in hospital,then seing I wasn't consenting ,injured me. I had no choice then to accept Mr X assistance since I was totally disabled and couldn't even move my wheelchair without arms,thus Mr X,former war marine of Peru gov, acted as a Peru government agent ,torturing me.I was unable to sue him because of lack of collaboration of Peru police that aledged Mr X. has depression and is suicidal(ambulance 202,210)thus cant be sued .I am personally available for further details on this terrorist activity times in the past ,but Peru government that victimized me,failed to assume its respoonsability,for making me encounter him on the street where I had no business but where defendents trashed me after trying kill me in courthouse,I attach(203,204)investigations I vainly pursued until april 2018 trying understand what I could do .Nevertheless such an attack totally disabled me without use of arms for 8 months,with constant intense pain,anxiety over outcome without arms If I am going to remain permanently disabled,and no social support, and disability,I still am constant with a sling to cross my arms over,and had to take a sick leave from the university.As a consequence of losing again use of arms,I developed front teeth fractures2019 and fissures from compensating with teeth ocasionnally(open bottles,help carry bag etc(exh 226).

38    It is a torture act by government of Peru,since I met MrX offering him money to buy a recipe in pharmacy that had a step I couldn't climb over in my wheelchair in 2011,thus I met him by omission of the government that had tried

-74-

murder me therefore had to assure I wouldn't be unattended because of responsabilty of government for my disability,instead abandoned me to the streets where mr.X was  and developed a dependency on him

39          .Torture by NYC shelter ,etc:Since Peru hospitals torture me refusing me medical assistance and put me in danger refusing stitching of my right labral tear that was making me suffer 2008 I would try go several times to NYC have this done,where I was evicted illegaly in freezing December  by a family member in nyc that had invited me to come for surgery 208,sheltering me for a month and 10 days then making me live on the streets with only my left

arm,constant pain because of right shoulder injuries and loss of use of right dominant arm,I began to pull my suitcase in the winter freeze with my left arm,wearing it out with microscars,sheltered in lennox hill neighborhood house women shelter in winter 2009.These further tortured me ,December 2009 I was put on a hold for psychiatric reasons just because I was spending to long looking for my papers in my locker without use of my right arm,aledging they didn't understand why I was...so slow!Then the shelter violated the us constitution making unreasonable searches and seizures,.they would wait until I leave the shelter to brake the lock I had bought to close my papers securily in locker,to brake it open with a saw(212)confiscating my papers and printer fro no reason,afraid I left the shelter where there were also constant racial fights,I got punched bled my lip ,took my leftover papers in my bag that I put on my left shoulder and started being homeless in winter again in 2009,I felt January 25 in

Jackson heights train shelter where I was hiding from the cold,an intense pain

on the left shoulder where the bag was hanging pressing on tendons and

muscles,on (2011)an image was obtained January 28 2018 at st luke hospital

showing microtearings,etc..in the tendons;,and march 2010 a few weeks

later,images showed a progression to frank tearings of left supraspinatus tendon

and pectoral muscle,where the bag was hanging on left shoulder to protect the

disabled right arm.I had again intense pain,disability from these tears until 2015

40  Torture,inhuman degrading treatment  by Peru government and

Margot UMPIRE BERRIOS,her husband Alonso JACKSON,owners Mana

Pizzeria,calle recoleta 555,cusco and children Abigail this latter married.I had

described I was held detained illegally july 2012 to august 2013 because this

pizzeria was illegal being rented in passageway of a residential building,in

violation of Peru law 27050 law of disability where space of entry must be over

1m30(213)despite city government knew this pizzeria was illegal and didn't have

a functional licence,thus had to be closed,having  informed them (214,215)I was

held detained in my wheelchair in bottom of residence and couldn't go in or

out,they refused to intervene.Owners of pizzeria conspired to torture me kept me

locked inside refusing to move benches leave me passageway ,the owner would

abuse me further telling visitors or services such as postoffice with my

letters,that I didn't live there anymore or wasn't in despite she knew I was locked

inside at bottom of residence by her,in my wheelchair,in a state of permanent

intense pain and invalidity,with constant threat against my life,as I am at risk

for bilateral tendon rupture in both arms leaving me exposed to death

**41**   __2014 february 17:__tenant in Cusco where I had my room and independent pension(see pension decision (97),rental contract (98),payments monthly(101),termination(74),people defensor statement (78 p2),I was on medical referrals from cusco hospital ortho surgery(85) to main hospital dos de mayo in Lima for my shoulder tears where I had a med history of trauma since 2011(102),during which I resided in attorney J.CAJA D.study where there wasmissing a ramp for access of my St Luke hospital NY motor wheelchair ,and no ramps in buses,despite mandatory under Peru Law,but not enforced in public transportation(82),so I couldn't get around even go to the hospital,which made me get out of the wheelchair to get on bus to go to hospital shoulder consultation for my tears,suffering relapse bilateral ankle sprains with both ankles 80% tear of ligaments(16,19)for which I asked in written (66) Dr Jose Roca Mendoza,director of hospital for temporary stay in orthopedics unit until the sprains would stabilize as I had also bilateral rotator cuff tears including info I was referred to him by my drs in Cusco hospital that was ignorant of treatment,had a room in cusco I rented ,so I could return to my room in the province after ending my medical shoulder referral,alone attending orthopedic surgery outpatient consult for bilateral ankle sprains following the hit run by bus made possible by the disability in my shoulders after the beating(16,19).Director of hospital and government ministry of Woman lawyer Lucy CHAUPIS V.committed hate crime ag me,they abused my disabled situation to grabb me against my will w my chair into ambulance until mental

hospital victor larco Herrera wher I was forced with injections in,as of (91)3 psychiatrists prescribing my medication ascert I was "medically discharged "meaning no reason to stay in psychiatric hospital,after 6 days of confinement in mental hospital where she had me close ag my will,rules of hospital were I would go out on discharge only if a relative came get me out,so I would thell her and others I had 2 cousins in Lima ,to call them to get me out  then I would go back to my rented room cusco where I have a pension to be independent(97),a rented room (98)I kept paying monthly b western union 2014-2015(101)through social assistant of hospital v larco h.bilb.juana morales Castillo wo would receive my money while in hospital and go out pay my rent west union as long I was confined, with posesions(74),instead ,defendants conspired to usurp my rights ,and kidnap me slandering me as a foreigner,mentally incapable,danger to self and others,abusing my situation of physical disability in a wheelchair and that I was single alone,so that she confined me ag my will in the hospital,she did all she could to lie falsely accused me in District attorney(47) ,discriminating me conspiring against me asking my "indefinited permanent confinement in mental hospital lima",that I was a foreinger of swiss nationality,not a Peruvian,that I didn't have relatives that could be called despite she puts their names,just eluding government,say I am incoherent that she doesn't know why how I cam to peru(despite my dad registered me as a minor with Peruvian and American citizenship on UN legitimation card(100),on swiss civil registry(99),in peru consulate(103),p,eru civil registry just cancelled arbitrarily the birth certificate to conspire against me) that I have complaints in justice against me that put me in

danger(despite I have nothing ag me its all ag them), causing my own injuries I "had an accident"in circulation so put myself in the wheelchair(despite it was a hit run and police abandoned me and doctors to),that I was incoherent,to cover up it was government that did it,thus my behavior was wrong,I was mentally ill and danger to myself,asking my unvoluntary seizure,transfer and perpetual detention in a mental hospital, aledging I had selfinjured myself because of mental disease,and  not had been attacked  (47) and was unable to care for myself despite government defensor had established I had a pension,a stable room and was independent,despite (47)I had 2 peruvian cousins in the same city she could have contacted for help locally instead of seizing me confining me;then District attorney Maria VEREAU A.(48)discriminated me designating me as a foreign swiss citizen,refusing to call my cousins to get me out of the hospital since I was discharged,to try lock me in forever,kidnapping me,I asked same  to judges M.YNONAN and M.SUAREZ,that arbitrarily detained me for 2 years :I was grabbed against my will(91),injected with neuroleptics that made me lose consciousness( ,to lock me up incomunicada in a government hospital with mentally ill women 2 years (51 hospital statement)with intention to detain me forever aledging I had selfinjured myself and was danger to myself despite all my injuries were caused by their employer,Peruvian government,I was put in a bed between a patient dying from HIV and another that had murdered her baby,despite I was innocent victim without virus victim of crimes by detainers,then inconstitutionnall(Peru constitution art 37 allows deportation of citizens(37,national ID I acquired)only under executive order,in this case,Peru

national ID)only by executive,not judicial,order) deported me (38,pp 4,5 shows forensic psychiatrist aledges to judge M.Ynonan I was not mentally disabled only posttraumatic stress disorder schizotypic but needed my brother to reintegrate into society and that It was an illusion I had to come to Peru without knowing its

customs and so I had to go back to the US with him if not stay confined in the mental hospital which equals the deportation since obvious I couldn't accept alternative stay confined for life in Peru hospital)to the US despite I am also a Peruvian citizen and against my will as I had expressed the will in my detention,to people defensor(78)to complete my PhD in unsaac university and to go back to my rented room in Peru where I had my possessions and an independent pension sufficient to live on,despite this will the government deviated me to indefinite detention in the mental hospital ,finally my brother in NY came with his lawyer to take me out of the hospital but I had to pay him $10000 for expenses(36), and airplane tickets,plus I lost over 6000$ my possessions kept (74)in rented room in Peru I had to abandon because court order(38)barred me from coming back to Peru which is absurd since it says I wasn't mentally disabled indeed when I was detained in beginning 2014 the psychiatrist wrote I only had posttraumatic stress disorder schizoaffective disorder which is not a mental disability as states the specialist forensic psychiatrists(38,80)so there was no reason to restrict my freedom in the first place and keep me in the mental hospital,instead I should have been either kept in orthopedic surgery to heal my ankle sprains(as I requested to hospital(66)or sent back to my room as I wasn't danger to myself nor to others.The prolonged 2

year arbitrary detention with criminal convicts despite I was innocent ,with the loss of my possessions arbitrarily,constitutes torture,inhuman and degrading treatment also because I was a woman in childbearing age that still menstruates(39)now my life is shattered by all these years of torture and invalidity ,I didn't build a family nor have use of arms to do so.Interdiction procedure 3645 2014 FT 10 lima edifice alzamora valdez was fraudulent procedure during which I was presumed mentally disabled at start despite psychiatrist ruling I was not,just because defs 8 DA M.Vereau A.,def.26 judge M.YNONAN v.,ministry of women def.25 L,CHaupis V. and others(def.34  luz Blas Ramirez was nominated my attorney since I was confined,but she never defended me )conspired to destroy me with plan to confine me forever incomunicada.Sentence of judge deporting me out of confinement also is fraudulent and undue process as it states only 2 years after confinement I shouldn't have been confined,judge had knowledge of detention 2 yrs previous by DA(48)and had 24 hours to rule on detention,detention was in violation of DS 33 2015 minsa or law of health in Peru which was published October 2015 wherein hospitalizations in mental hospital must not exceed 60 days,must not go against will of patient,etc..despite I was seized unvoluntarily and deported to US despite I expressed)78) I wanted return to my room because I hadn't completed my PhD,and sentence 30(38)was published illegally with sept 18 2015  date since in reality it was to be nov 6 2015 since it relates meeting between judge,me,my brother,forensic psychiatrist,that took place nov 5 2015 as shows movements in Peru on credit card HSBC of my brother ,American citizen exclusively,living and

working in NY,Humbert S.CLARK(84),this fraud in dates was committed by judge M.Ynonan who wanted to cover up she decided nov 2015 to viciate my will deporting me and confining me to long,because starting oct 2015 the publication of law DS 33 2015 MINSA,there was no right to do so so she had to publish as if she evaded this law by putting anterior date on her sentence (38)

42      .Another abuse I want redress is the illegal date put on my National Peruvian ID(37)it was given registered 1999,but ask consul of peru in ny to change to 1966 which is date I was registered with this nationality on civil registries(98)in Switzerland where my father made the declaration ,as well as in the UN as a diplomate while I was a minor(see 1980 nationality on UN diplomatic ID (100))and birth certificate in peru consulate(103)was registered by my diplomatic father but peru government cancelled in in 2007 against my will .These in violation of art 16,21 UN covenant on civil political rights where a child has right to a nationality and that this be recognized internationally.August 2010 (124)governemnt comunicated me (125)resolution   52 2009 reniec whereby it concludes"cancel my peruvian birth certificate"(exhibit 103)despite my father had made the right declarations while i was a minor.I request judge orders government invalidates this decisión and registers me as of date 1966

43      The whole justice system is another proof of conspiration,racketeer organization of justice,fraud,false  statements,obstruction,theft,deprivation of rights under color of law and exhaustion of domestic remedies is (123)supreme court of justice ,permanent civil room,cassation no 833 2013 rejecting appeal in

civil action no 1534 2012 CI 04 (122 see defendant name on first page is

F.MATEO Y.,same as transit insurance denier in exhibit (41))where I was asking a court appointed counsel and to move in forma pauperis to request indemnization against the police who refused to make the timely police report

after the hit run (10)described in initial pleading(29,witness Raul Narvaez,and other witnesses of hit run against me Maria Pacheco etc..in late police report (10))causing denial of transit insurance(41):not only is rejection of appeal asking for legal assistance in forma pauperis obviously unjustified,since I am poor,but also an abuse of justice since it condemns me to pay 10 URP meaning over $1000 fine for making an "absurd request"(cant be absurd since I explained in initial pleading how evil was police conduct towards me)and $500 fine to my lawyer,that retaliated breaking his confidence with me and refusing me help now because of defendants.

44      Peru Republic must give me restitution of $ 60000 the total of pensions i brought into Peru since april 2001 i entered the country(see exhibits (113,114)showing i get pensions $280 a month since 2001 from abroad( Switzerland),since I wasn´t able to use my pensions to work nor study since 2001 because of violence and crimes committed by defendants

45      <u>**Defendants commit federal crimes  against me in violation of Peru and US constitution , laws,human rights treaties**</u>:

-1)assault (see courthouse beating) :